# EXHIBIT 1

*White Coat Tales* is a funny, insightful, touching collection of first-person essays that are engaging, brief and a pleasure to read. For anyone who wonders what doctors' (or other doctors') experiences are like, they will inform and entertain. For anyone contemplating a career in medicine, they are a must.
— Melvin Konner, M.D., Ph.D., author of *Becoming A Doctor: A Journey of Initiation in Medical School.*

# WHITE COAT TALES

## BECOMING DOCTORS

19/46

19/56

19/66

19/76

19/86

19/96

**JOSEPH S. SANFILIPPO, M.D., M.B.A.**
**PRABHJOT UPPAL, M.D.**

20/06

Foreword by Arthur S. Levine, M.D.
Afterword by Thomas Vargish, M.D.



Walk the wards of the real Cook County emergency department, catch babies in cars on the streets of Brooklyn, experience the heart wrenching and warming triumphs and trials of medical students training in Pittsburgh and on the floors of Chicago's Mount Sinai Hospital as you tag along with the men and women of *White Coat Tales*. Contributed by physicians from all over the country, this anthology of short stories over the decades reveals the world of medicine embedded within the urban cultures of metropolitan cities and representing eras of doctoring from the 1940's to today.

**Proceeds of the book will be donated to Rosalind Franklin University of Medicine and Science.**



**Joseph S. Sanfilippo, M.D., M.B.A.** is Professor of Obstetrics, Gynecology & Reproductive Sciences at The University of Pittsburgh School of Medicine and Vice Chairman, Reproductive Sciences at Magee-Womens Hospital. After residency in Obstetrics & Gynecology at The State University of New York Upstate Medical Center he completed a Reproductive Endocrinology and Infertility fellowship at University of Louisville School of Medicine. Dr. Sanfilippo has authored over eighty peer-reviewed articles and contributed to over sixty textbook chapters. His current textbook, entitled *Clinical Gynecology*, will be released in 2006. Dr. Sanfilippo is President of The American Society for Reproductive Medicine. He has dedicated his career to academic medicine and trained students, residents and fellows since graduation from the Chicago Medical School in 1973.



**Prabhjot Uppal, M.D.** is a graduate of the Chicago Medical School, class of 2005. Originally from Merced and Pebble Beach, California she completed her undergraduate studies at Santa Clara University and received her Masters in Science in Applied Physiology prior to medical school. Dr. Uppal completed her clinical training in the near westside hospitals of Chicago. She is also the author of *Doctors Are People Too: A Treatise on Health Care Reform*.



authorHOUSE®



ISBN 1-4259-3313-0

9 781425 933135

90000

# EXHIBIT 2

Print                                                                                    Close

# RE: UIC ??

From:   **Vargish, Thomas** (varth@sinai.org)
Sent:   Sun 10/29/06 11:32 AM
To:     Prabhjot Uppal (prabhjot_uppal@hotmail.com)

─────────────────────────

From: Prabhjot Uppal [mailto:prabhjot_uppal@hotmail.com]
Sent: Sat 10/28/2006 8:32 PM
To: Vargish, Thomas
Subject: UIC ??


Dr V,

I got a tip, is it true? Please just put a "yes" or "no" on the comments on that blog. Is CMS out
and UIC in? If so, Dr V, congratulations! And if it is true, then I got some thing to go on that
might really help the hospital. Not only will this explain how I've been treated and harassed,
but the blocking of the book. And if Rothstein did this, well, there a lot of words I could use -
but I won't. Maybe one that starts with an H and ends with crite? :)

Yes or No

Jody


Jody:

1) Mrs Rothstein was appointed Chairman and asked to assist CMS in creating a new board
around the time of the "shake down" scandal involving two board members. This was while
you were still a student I believe.

2) Mrs Rothstein was formerly the CEO of MSH and, in a "tiff" with CMS, asked the School of
remove its students and faculty members. The cause and date of these events are unknown to
me. MSH initiated the restoration of the relationship after Mrs Rothstein left MSH. Again the

date is unknown to me.

3) Mrs Rothstein is not responsible for the change in affiliation from MSH to the Advocate System. These discussions with Advocate were underway at the time I joined MSH in January 2004. She was not then involved with the school.

4) The School has been seeking ways to get out of the business of GME, which motivated them to seek a change of sponsorship for the Surgery Residency. Initially we were in negotiation with Northwestern but when that fell apart, MSH decided to accept the sponsorship independent of the school.

5) UIC and MSH leadership met and reached an agreement, which resulted in their offer to sponsor the program. We are currently in the process of putting the agreement together with them and by July 1 2007, MSH Surgery will be part of the UIC system.

6) I can not tell you whether the politics of the CMS/MSH relationship caused issues with the book or whether your decision to have my name on it was a factor. Had I realized that President Welch and Dean Ross would withdraw because of me, I never would have accepted your request. I presumed that stories about the history of CMS are exactly that- history (good or bad) and can't be rewritten (actually the Japanese and Chinese seem to do this regularly).

7) My suggestion is to presume that CMS is distancing itself from MSH and is concerned that positive stories about past experiences may raise issues with alumni about the decision to move on without MSH. Leave it there without conjecturing as to motives, etc. Your book happens to be a twig that ended up in a stream following a heavy spring rain. Leave the politics to the administration.

Good luck with the book sigining.

tv

# EXHIBIT 3



# AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT

WHEREAS, the purpose of this AGREEMENT is to guide and direct the parties respecting their affiliation, working arrangements, and agreements in furtherance thereof to provide high-quality clinical learning experiences for medical students in the SCHOOL.

WHEREAS, this AGREEMENT is intended and shall be interpreted to meet the SCHOOL's accreditation standards related to affiliation agreements with clinical affiliates which require at a minimum:

- The HOST AGENCY will provide medical student, and faculty if applicable, access to appropriate resources for medical student education.

- The SCHOOL is ultimately responsible for the medical education program, academic affairs, and the assessment of medical students.

- The SCHOOL is primarily responsible for the appointment and assignment of faculty members with responsibility for medical student teaching.

- Specification of the responsibility for treatment and follow-up when a medical student is exposed to an infectious or environmental hazard or other occupational injury,

- The shared responsibility of the SCHOOL and HOST AGENCY for creating and maintaining an appropriate learning environment.

- Confirmation that the SCHOOL's department heads (or clerkship directors) have authority to ensure faculty and medical student access to appropriate resources for medical student education when those department heads are not also the clinical service chiefs at affiliated institutions.

WHEREAS, neither party intends for this AGREEMENT to alter in any way its respective legal rights or its legal obligations to any third party.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties identified in the AAMC Uniform Clinical Training Affiliation Agreement Implementation Letter agree as follows:

June 16, 2014



6.   To the extent the HOST AGENCY, generates or maintains educational records related to the participating student, the HOST AGENCY agrees to comply with the Family Educational Rights and Privacy Act (FERPA), to the same extent as such laws and regulations apply to the SCHOOL and shall limit access to only those employees or agents with a need to know. For the purposes of this Agreement, pursuant to FERPA, SCHOOL hereby designates HOST AGENCY as a school official with a legitimate educational interest in the educational records of the participating student(s) to the extent that access to the SCHOOL's records is required by HOST AGENCY to carry out the Program.

7.   Upon request, the HOST AGENCY will provide proof that it maintains liability insurance in an amount that is commercially reasonable.

8.   The HOST AGENCY will provide written notification to the SCHOOL promptly if a claim arises involving a student. The HOST AGENCY and SCHOOL agree to share such information in a manner that protects such disclosures from discovery to the extent possible under applicable federal and state peer review and joint defense laws.

9.    The HOST AGENCY will resolve any situation in favor of its patients' welfare and restrict a student to the role of observer when a problem may exist until the incident can be resolved by the staff in charge of the student or the student is removed. The HOST AGENCY will notify the SCHOOL'S course director if such an action is required.

10.  The HOST AGENCY shall identify a site coordinator from among its medical staff who will communicate and cooperate with the SCHOOL's clerkship director to ensure faculty and medical student access to appropriate resources for the clinical training experience.

## C.    Mutual Responsibilities

1.   Representatives for each party will be established on or before the execution of this AGREEMENT.

2. The parties will work together to maintain an environment of high quality patient care.  At the request of either party, a meeting or conference will promptly be held between SCHOOL and HOST AGENCY representatives to resolve any problems or develop any improvements in the operation of the clinical training program.

3.  The SCHOOL will provide qualified and competent individuals in adequate number for the instruction, assessment, and supervision of students using the SCHOOL facilities.  The HOST AGENCY will provide qualified and competent staff members in adequate number for the instruction and supervision of students using the HOST AGENCY facilities.

4.   The SCHOOL and the HOST AGENCY will not discriminate against any employee, applicant or student enrolled in their respective programs because of age, creed, gender identity, national origin, race, sex, sexual orientation or any other basis protected by law.

June 16, 2014

# EXHIBIT 4

# The Liturgy and 'Supersessionism'

*by* <u>*Rev. Brian W. Harrison, O.S., M.A., S.T.D.*</u>

## Description

This article by Fr. Brian Harrison is on supersessionism, the idea that the New Covenant in the Blood of Jesus Christ replaces the Old Covenant based on the Mosaic Law.

## Larger Work

Homiletic & Pastoral Review

## Publisher & Date

Ignatius Press, June 2009

After February 6, 2008, there was a good deal of attention in both secular and religious news media to the new Good Friday prayer for the Jews promulgated on that day by Pope Benedict XVI for use with the traditional Latin Mass – now known as the 'extraordinary form' of the Roman rite.

Complaints were made that while the Pope did indeed eliminate certain severe expressions in the 1962 Missal's prayer that many were finding offensive to Jews, he did not modify the old prayer's doctrinal content. That is, the new text prays just as clearly as the old for the conversion of Israel – the Jewish people – to belief in Jesus as the promised Messiah. And this has been seen in some quarters as a reversion to the centuries-old Catholic belief in 'supersessionism' that many understood to have been definitively abandoned by the Church as a result of the Second Vatican Council's 1965 Declaration *Nostra Aetate*. (Actually *NA* nowhere says or implies that the covenant of Mount Sinai is still valid in God's sight for the Jewish people.)

What, then, is supersessionism? The word designates the traditional Christian belief that the covenant between God and the People of Israel, established through the mediation of Moses at Mount Sinai, has been replaced or superseded by the 'New Covenant' of Jesus Christ. This implies that the Mosaic covenant, with its ritual and dietary requirements, Sabbath observance, etc., is no longer valid for the Jewish people, since God's revealed will is for Jews, as well as all Gentiles, to enter into the New Covenant by means of baptism and faith in Jesus as the promised Messiah.

This essay is based on the premise expressed by the Catholic adage *lex orandi, lex credendi* (the Church's official prayer expresses her authentic belief). Its purpose is to make clear that while Pope Benedict's new prayer certainly implies the supersessionist position, much of the subsequent media commentary, both favorable and unfavorable, is quite mistaken in seeing this prayer as a liturgical *reversion* to that position. For one cannot 'revert' or 'return' to a position that was never at any stage abandoned. And I hope to show here that the Church's liturgy since Vatican II has never ceased to affirm supersessionist doctrine.

Benedict XVI's new prayer for use with the old (1962) Missal reads as follows:

Let us pray also for the Jews:

That God and our Lord may enlighten their hearts, so that they may recognize Jesus Christ as the savior of all men.

Almighty and eternal God, whose will it is that all may be saved and come to the knowledge of the truth, graciously grant that, as the fullness of the nations enters your Church, all Israel may be saved. Through Christ our Lord. Amen.

Some commentators were quick to stress that the last part of the prayer is a reference to Romans 11: 25-26, wherein St. Paul speaks of a "mystery" by which "a hardening has come upon Israel in part, until the full number of the Gentiles comes in, and thus all Israel will be saved". One widespread interpretation of this text is that the apostle is prophesying a mass conversion of virtually the entire Jewish people to Christianity in the apocalyptic 'end-times' leading up to the *parousia* – the Second Coming of Christ. And some have argued, on this basis, that the prayer is not encouraging any organized Christian attempts to evangelize *Jews here and now*. One would have to add, however, that neither does it *discourage* the present-day evangelization of Jews. The ablative absolute construction ending with the word *intrante* is in the present, not the future perfect, tense, and so expresses a desire on the part of the Church that *while* the gentile nations are entering the Church Jews too may be converted. This reading of the prayer is reinforced when we note that its preceding clause is an equally unmistakable reference to another Pauline text, I Timothy 2: 3-4: "This is good and pleasing to God our savior, who wills everyone to be saved and to come to the knowledge of the truth". And God surely desires everyone on earth *at any given time* to "come to the knowledge of the truth". (How could he who is truth itself prefer that a whole ethnic and/or religious group – or even individual men and women – remain in lifelong error or ignorance about his revealed plan of salvation?)

How does Pope Benedict's new prayer line up with the rest of Catholic worship? When one thinks of the Catholic liturgy, it is certainly the Mass, or celebration of the Eucharist, which first springs to mind. Just as official, however, is the daily 'Liturgy of the Hours', or 'Divine Office'. The contents of this multi-volume prayer book are little known to most people, Catholic or non-Catholic, who do not happen to be among the Church's clergy, nuns, monks or religious brothers. These latter groups, however, are committed to pray the Office daily; and the vast majority of them do so using the revised version promulgated several years after Vatican Council II by Pope Paul VI.

The two principal 'hours' of the day are Lauds (or "Morning Prayer") and Vespers ("Evening Prayer"). And during the privileged liturgical seasons of Christmastide and Paschal time we find a good number of intercessions prescribed for these hours that pray for the conversion of the Jews to faith in Jesus Christ. The fact that they were all newly composed after the Council, not simply held over from the old liturgy, confirms the fact that Vatican II in no way called for a renunciation of supersessionist doctrine. I shall reproduce them here in the order in which they occur annually in the liturgical calendar (which begins with Advent), giving the English translation found in the edition of *The Liturgy of the Hours* approved for use in the U.S.A. and most other English-speaking countries.

1. On the evening of Christmas Day each year, the Church prays at Vespers: "[Lord Jesus], awaited from the beginning of the world, you came only in the fullness of time, – now reveal your presence to those who are still expecting you".

2. On the last day of every year (December 31 at Lauds): "Christ, God and man, Lord of David and Son of David, fulfillment of all prophecies, – we pray that Israel may recognize you as its Messiah"..

3. For Lauds on January 2nd: "Christ, you were glorified by the angels, announced by the shepherds, confessed and proclaimed by Simeon and Anna, – let your Gospel be accepted by the people of the promise".

4. On the evening of every Easter Sunday – the principal Feast in the Church's entire yearly calendar – we find this Vespers prayer addressed to "Christ the Lord": "Let Israel recognize in you her longed-for Messiah, – and the whole earth be filled with the knowledge of your glory."
This prayer is then repeated at Vespers on the third and fifth Sundays of the Paschal (Easter) season.

5. At Vespers for Wednesday of the second week of Paschal time God the Father is addressed thus: "You chose the first fruits of Christ's disciples from the Jewish people, – reveal to the children of Israel the fulfillment of the promise made to their forefathers."
This prayer occurs again at Vespers for Wednesday of the fourth week of Paschal time.

6. At Vespers for the vigil of the seventh and final Sunday of Paschal time, Christ is addressed thus: "May all peoples acclaim you as King and God, – may Israel become your prized possession."

We have seen here that on nine days each year, ever since the early 1970s, the Divine Office intercessions of the revised Roman-rite liturgy already have been expressing exactly the same doctrine as that which Benedict XVI has embodied in his 2008 Good Friday prayer: to put it simply, the Church believes it is God's will for Jews to become Christians, and so prays that his will may be done in this regard. These prayers certainly imply the supersessionist doctrine. For coming to believe in Christ as Son of God and Messiah necessarily involves as its consequence the reception of baptism and living according to the faith, worship and discipline of the New Covenant. And that is undeniably incompatible with the continuing observance of the Mosaic covenant, even though both covenants share nearly the whole Decalogue as a common ethical basis (everything, that is, except the important difference concerning the respective roles of the first and seventh days of the week).

The number of days each year in which the new liturgy manifests the traditional Christian belief can be extended from nine to ten, once we take into account the Good Friday prayer for the Jews found in the post-conciliar Roman Missal – the one now followed for the overwhelming majority of Catholics. This, however, is a point that needs to be argued, for the supersessionist underpinning of this prayer is not immediately obvious. Indeed, it might superficially be taken to imply a *renunciation* of supersessionist doctrine. Let us then examine this prayer, which reads as follows:

Let us pray also for the Jews, so that our Lord God may enable those to whom his word was first addressed to grow in love for his name and in faithfulness to his covenant.

Almighty and eternal God, who granted your promises to Abraham and his descendants, mercifully hear the prayers of your Church, so that the people you first made your own may be worthy to reach the fullness of redemption. Through Christ our Lord. Amen.

Now, *which* covenant is meant here by the words "his covenant"? Could it be the covenant between God and the Jewish people established at Sinai with Moses as mediator? If so, the prayer would clearly be incompatible with supersessionism; for it would then amount to asking God that the Jews, far from converting to Christ, might become ever more committed in their belief and practice of Judaism.

However, no such interpretation of the prayer can reasonably be sustained, for at least four convergent

reasons. To begin with, two hermeneutical criteria extrinsic to the prayer itself are relevant here.

1. The first is that any apparent ambiguity in the doctrine expressed in a Catholic liturgical text cannot be resolved in a way that would render self-contradictory the doctrinal position of the liturgy *as a whole*. In other words, the Church must be presumed to be internally consistent in the doctrine she teaches by means of her official prayer.

2. The other is the common-sense general interpretative norm that in an ensemble of writings presumed *a priori* to be internally consistent with each other, a more obscure text is to be interpreted in the light of clearer ones, especially a clearer text that has been added to the ensemble *after* the promulgation of the obscure text. For this then takes on the character of an intentional and authoritative clarification of the older one's meaning.

Applying these two criteria to the Good Friday prayer in Paul VI's post-conciliar Missal, we can see that it cannot correctly be understood as asking God that the Jews may continue ever more 'faithfully' in observing the norms of the Mosaic covenant. For that would make this prayer contradict the doctrine expressed quite clearly in the nine other liturgical prayers we have surveyed above, all of which were promulgated at about the same time as the new Missal, and by the same Pope. As we saw, all of these new Divine Office prayers ask God that Jews may come to believe in Christ – a change which by its very nature involves replacing observance of the Mosaic covenant by the reception of baptism and participation in the Christian New Covenant. Interpreting the words "his covenant" in Pope Paul's prayer to mean "the Mosaic covenant" would also leave it in contradiction with the doctrine expressed by Benedict XVI in the prayer he has now promulgated for use with the 'Tridentine' Missal. And since this prayer is not only clearer than the *Novus Ordo* Good Friday prayer, but also more recent, it becomes particularly evident that Paul's relative obscurity must henceforth be interpreted in the light of Benedict's transparent clarity.

I say "relative" obscurity, because the third and fourth relevant considerations – consisting of expressions within Pope Paul's prayer itself – certainly imply, even though they do not spell out, the same reading that we have argued for on the basis of extrinsic hermeneutical criteria.

3. The most natural answer to the question as to *which* covenant is meant in the first part of the prayer is provided immediately by the beginning of the second part. For it is not Moses who is singled out here. Rather: "Almighty and eternal God, who granted your promises *to Abraham and his descendants*, . . . ". *The Catechism of the Catholic Church*, no. 72, summarizes this point simply and neatly:

> God chose Abraham and made a covenant with him and his descendants. By the covenant God formed his people and revealed his law to them through Moses. Through the prophets he prepared them to accept the salvation destined for all humanity.

Thus, if, as in the prayer we are discussing, the wording suggests the idea that there is only one covenant with God now in effect ("[may the Jews grow] in faithfulness to *his covenant* "), then the covenant in question can only be the primordial Abrahamic covenant. For it is the only one that can legitimately be understood as including under its broad, overarching umbrella, so to speak, the subsequent stages in the history of revelation, each with its own particular covenant. As the above text from the *Catechism* makes clear, it was actually by means of the covenant with "Abraham and his descendants" that God "revealed his law to them through Moses". Then, prophets also living under that subsidiary Mosaic covenant prepared the way for the final stage in God's salvific plan, in which the one great covenant would be extended to embrace "all humanity" through the new and definitive covenant sealed in the blood of Christ. At no stage in this process has the ancient covenant *with Abraham* been revoked or superseded, because God's people in all three stages beginning with the patriarch himself – first, from Abraham to

Moses, secondly, then Moses to Christ, and finally, from Christ till the end of time – have been living under its terms.

While these terms have changed in their secondary features (baptism has replaced circumcision, for instance, and the first day of the week has replaced the seventh) the fundamental principles have remained the same throughout. And what are these fundamentals? On God's part, a promise of blessing to the whole world through Abraham's descendants – above all, the Messiah; and on the part of God's people, *faith* – faith in his revealing word. As Paul repeatedly stresses in Romans 4 (vv. 3, 9, and 22) and in Galatians (3: 6), Abraham "put his faith in the Lord, who credited it to him as an act of righteousness" (Genesis 15: 6). And just as faith in God's Word required acceptance of the revealed Torah and the word of the prophets in the period from Moses to Christ, so, since the coming of Christ, that same gift of faith involves accepting also the fullness of revelation that designates him as the Savior of all mankind. Hence, all those with faith in Christ are now, whatever their ethnic origin, "children of Abraham" (Gal. 3: 7).

4. The other relevant feature within Paul VI's Good Friday prayer is the reference in its first part to the *beginning* of God's revelation. Consider again the wording of this invitatory section: "Let us pray also for the Jews, so that our Lord God may enable *those to whom his word was first addressed* to grow in love for his name and in faithfulness to *his covenant*" (emphasis added). The close proximity of the two italicized expressions here naturally suggests that the "covenant" referred to is the one established when God's word was first addressed to (and received in faith by) God's people. And that initial revelation was of course to Abraham, their forefather, not to Moses. If the Mosaic covenant had been the one the authors of this prayer had in mind, then instead of the words "those to whom his word was first addressed", we would expect to read something like "those to whom he first gave the law", or "those to whom he revealed himself on Mount Sinai", or "those whom he formed as a nation under Moses".

On the basis of all the above considerations we may conclude that the words "his covenant" in Paul VI's Good Friday prayer cannot possibly refer to the Mosaic covenant. They can only mean the primordial covenant with Abraham, which later went through the temporary stage of the Sinai covenant and continues now in its definitive form as the New Covenant – a covenant itself prophesied in the Hebrew Scriptures (cf. Jeremiah 31: 31-33). It follows that the "growth", "progress", or "advance" in fidelity to the covenant which the Church here prays for can only mean the Jews' conversion to faith in Christ. The idea is that up till now, religious Jews already accept in "faithfulness" the earlier part of the covenant revelation – the 'Law and the Prophets'. And their progress or advance in faithfulness will mean their going on to accept the final and definitive revelation within that same overall covenant: the revelation of Jesus as the promised Messiah.

We have seen now that the entire corpus of texts of the Roman Liturgy – in its modern Divine Office and both the 'new' and 'old' Missals – is internally consistent in its doctrine regarding the Jewish people. All the relevant texts manifest the Church's perennial faith that, within the one general, overarching and irrevocable covenant that began with God's election of Abraham, the subsidiary and specific covenant of Sinai under Moses has now been replaced or superseded definitively by the specifically Christian covenant. This, in orthodox Catholic belief, remains forever valid as God's plan for Jew and Gentile alike.

Since this article is essentially an examination of the Church's liturgical prayer, space does not permit any detailed answer to possible objections based on the fact that in several minor magisterial statements of recent decades it has been said that "the Old Covenant" has not been "revoked". The two most notable examples are probably a speech of John Paul II at Mainz, Germany, on November 17, 1980, and no. 121 of the *Catechism of the Catholic Church*, which makes this affirmation in the context of teaching the divine inspiration and perennial value of the Old Testament books. Suffice it to say that the term "Old Covenant" is ambiguous: it can mean either the Mosaic covenant or the still older covenant of which it

was but one part – that which began with Abraham. But in addition to the fact that the solid witness of the Church's liturgy (not to mention innumerable New Testament passages) exclude our understanding these papal or papally-endorsed statements to mean that the *Mosaic* covenant has never been superseded or revoked, Pope John Paul himself made clear which covenant he held to be unrevoked in addressing Australian Jewish leaders in Sydney on November 26, 1986. He emphasized that:

> . . . our attitude to the Jewish religion should be one of the greatest respect, since the Catholic faith is rooted in the eternal truths contained in the Hebrew Scriptures, and in the irrevocable covenant made with Abraham.

Never, in fact, has any papal or conciliar document affirmed that the covenant God made *with Israel through Moses*, with all its distinctive cultic, civil, dietary and other prescriptions that still form the basis of Judaism, still remains valid and "unrevoked" for Jews after the coming of Christ. It is a great relief, therefore, to see that he United States bishops voted overwhelmingly in August 2008 to eliminate a statement to that effect that had made its way into the new Catechism published with the authority of the episcopal conference. The uncorrected version stated, "Thus the covenant that God made with the Jewish people through Moses remains eternally valid for them." The new version is content to quote a key passage from St. Paul: "To the Jewish people, whom God first chose to hear his word, 'belong the sonship, the glory, the covenants, the giving of the law, the worship and the promises; to them belong the patriarchs, and of their race, according to the flesh, is the Christ' (Rom 9:4-5; cf. CCC, No. 839) ".

Understanding the relevant magisterial statements and formal liturgical texts in a way that gives due emphasis to the irrevocable covenant made by God with Abraham and his descendants thus clarifies this issue. It enables us to see both the perennial consistency and the true meaning of the Church's witness regarding the supersession (or replacement) of the specifically Mosaic covenant by that which was anticipated at the Last Supper and sealed with the blood of Christ, shed once and for all on Calvary.

*Rev. Brian Harrison, O.S., S.T.D. is an Australian-born convert to the Catholic faith and an emeritus professor of theology of the Pontifical Catholic University of Puerto Rico. He is now scholar-in-residence at the Oblates of Wisdom Study Center in St. Louis, Missouri. Father Harrison's two books and many articles stress the importance of upholding the continuity of the Church's doctrine and worship before and after Vatican Council II.*

© Homiletic & Pastoral Review

This item 9168 digitally provided courtesy of CatholicCulture.org

Stay in Touch!

  

Copyright © 2016 Trinity Communications. All rights reserved.

# EXHIBIT 5

# ROSALIND FRANKLIN UNIVERSITY
### OF MEDICINE AND SCIENCE

**Chicago Medical School**
College of Health Professions
Dr. William M. Scholl College of Podiatric Medicine
School of Graduate and Postdoctoral Studies



**Cathy J. Lazarus, MD, FACP**
**Senior Associate Dean**
**Student Affairs & Medical Education**

**Office for Student Affairs**
**Chicago Medical School**
3333 Green Bay Road
North Chicago, IL  60064-3095
Telephone: 847-578-3295
847-578-3406
Facsimile:  847-578-3298
cathy.lazarus@rosalindfranklin.edu
www.rosalindfranklin.edu

August 25, 2008


Dr. Prabhav Uppal
175 E Delaware Place #5307
Chicago, IL 60611

Dear Dr. Uppal:

Chicago Medical School is no longer able to sponsor you for your ERAS application process.


Sincerely,


Cathy J. Lazarus, MD, FACP
Professor of Medicine
Senior Associate Dean for Student Affairs and Medical Education
Chicago Medical School at Rosalind Franklin University of Medicine and Science

# EXHIBIT 6

PBS

# FRONTLINE

WATCHSCHEDULEINVESTIGATIONSSHOP

# Robert Mickens: From Benedict to Francis

SHARE

/

COMMENTS

FEBRUARY 25, 2014

/

by JASON M. BRESLOW

*A Rome-based correspondent for the international Catholic news weekly, The Tablet, Robert Mickens is a longtime Vatican observer. He says that although Cardinal Joseph Ratzinger was a brilliant theologian, he never should have been a bishop, let alone the pope. "Benedict XVI is a professor," Mickens told FRONTLINE. "[Pope] Francis is a pastor." This is an edited transcript drawn from two interviews conducted on Oct. 10, 2013 and Jan. 19, 2014.*

**[How big a deal was the resignation of Pope Benedict XVI?]**

The resignation I think would be more than anything that Joseph Ratzinger has done in his life as a theologian — and he's written lots of books, and he's influenced lots of theology in the church as a Vatican official. He was one of the most important for more than 25

years. More than anything that he's done, he will be remembered for the resignation. …

## What was the state of the church that he bequeathed?

When he resigned, Benedict XVI left a church that was almost run into the ground. Some brighter people and more astute people on the workings of the church had confided in me, even people on the inside, he was killing the church. People were moving away from the church; people were leaving the church in droves.

What he did in his seven years as pope or so, is he brought back into the mainstream many fringe groups on the extreme right, groups that did not like or threw into question the reforms that happened at the Second Vatican Council in the 1960s. The modernization of the church these people did not like. They wanted to go back to the old Tridentine Mass, the pre-Vatican II Mass, and he allowed them. These people were brought back into the mainstream of the church, even though they're tiny little pockets, insignificant pockets really, [and] they became the tail wagging the dog.

This was driving away a lot of people, even inside the Vatican. The Vatican is naturally a conservative place. … Ratzinger, Benedict XVI, was too conservative even for them.

## What sort of Vatican did he leave? …

One of the things that became very apparent after his resignation, even before the resignation, was that things were broken inside the Vatican, what they call the Roman Curia, the central bureaucracy of the Roman Catholic Church. …

It's like a fiefdom. There are still remnants of a 17th-century papal court that is run on favors and nepotism in a non-blood-related way, but favoritism, cronyism.

There was a sense that Benedict XVI was trying to reform that, but he wasn't very successful at it. I think part of that was because he really is not a reformer; he's a preservationist. … So what we had, and what we still have today, is a very dysfunctional bureaucracy, a very antiquated and anachronistic bureaucracy inside the Roman Catholic Church in Rome. …

So he left a mess?

There was a mess that Benedict XVI left, and I think that it was very clear when the cardinals gathered together to elect his successor, in those meetings before the conclave actually took place, that there was a need for someone who would come and put Peter's house in order. "Peter's house" is a phrase that John Paul II always used, because popes, of course, are a successor of St. Peter. …

And the first reform, and I think what was foremost in the minds of the cardinals who elected Jorge Mario Bergoglio from Buenos Aires, was to put his own house in order. …

Case: 1:15-cv-08077 Document #: 37-1 Filed: 01/25/16 Page 23 of 50 PageID #:644
Pope's move on Latin mass 'a blow to Jews' | World news | The Guardian

# Pope's move on Latin mass 'a blow to Jews'

**Jason Burke in Paris**

Sunday 8 July 2007 07.25 EDT

**The following correction was printed in the Observer's For the record column, Sunday July 15 2007**

The article below included a quotation from the Anti-Defamation League which said the Vatican had 40 years ago 'rightly removed insulting anti-Jewish language from the Good Friday mass'. Although services are held, it is the one day in the year when Mass is not celebrated by the Roman Catholic Church.

Jewish leaders and community groups criticised Pope Benedict XVI strongly yesterday after the head of the Roman Catholic Church formally removed restrictions on celebrating an old form of the Latin mass which includes prayers calling for the Jews to 'be delivered from their darkness' and converted to Catholicism.

In a highly controversial concession to traditionalist Catholics, Pope Benedict said that he had decided to allow parish priests to celebrate the Latin Tridentine mass if a 'stable group of faithful' request it - though he stressed that he was in no way undoing the reforms of the Sixties Second Vatican Council which allowed the mass to be said in vernacular languages for the first time.

'What earlier generations held as sacred remains sacred and great for us too, and it cannot be all of a sudden entirely forbidden or even considered harmful,' Benedict wrote.

However, the older rite's prayers calling on God to 'lift the veil from the eyes' of the Jews and to end 'the blindness of that people so that they may acknowledge the light of your truth, which is Christ' - used just once a year during the Good Friday service - have sparked outrage.

Yesterday the Anti-Defamation League, the American-based Jewish advocacy group, called the papal decision a 'body blow to Catholic-Jewish relations'.

'We are extremely disappointed and deeply offended that nearly 40 years after the Vatican rightly removed insulting anti-Jewish language from the Good Friday mass, it would now permit Catholics to utter such hurtful and insulting words by praying for Jews to be converted,' said Abraham Foxman, the group's national director, in Rome. 'It is the wrong decision at the wrong time. It appears the Vatican has chosen to satisfy a right-wing faction in the church that rejects change and reconciliation.'

Some bishops in France as well as liberal clergy and Catholics elsewhere have expressed concerns that allowing freer use of the Tridentine liturgy would imply a negation of Vatican II, the 1962-65 meetings that modernised the Roman Catholic Church. They also feared it could create divisions in parishes, since two different liturgies would be celebrated.

The liberal French Catholic magazine Temoignage Chretien published an editorial in Latin explaining that it was not concerned about the language in which the mass was celebrated but by 'the view of the outside world held by most supporters of the traditional rite ... of a church that sees itself as the sole holder of the truth. Forty years after the Second Vatican Council, this stand is untenable'.

Benedict has told bishops that such fears are 'unfounded' as the mass celebrated in the vernacular remained the 'normal' form while the older version was an 'extraordinary' one that would probably be sought by relatively few Catholics.

The Vatican spokesman, the Rev Federico Lombardi, said the new rules did not 'impose any return to the past, nor any weakening of the authority of the council, nor the authority and responsibility of bishops'.

Benedict was acting in a bid to reach out to the followers of an excommunicated French ultra-traditionalist, the late Archbishop Marcel Lefebvre, who split with the Vatican over the introduction of the new mass and other Vatican II reforms. The Vatican excommunicated him in 1988 after he consecrated four bishops without Rome's consent. The bishops were excommunicated as well.

Benedict has been keen to reach a reconciliation with Lefebvre's group, the Society of St Pius X, which has demanded freer use of the old mass as a precondition for normalising relations. It also demands the removal of the excommunication decrees. The group said in a statement that it rejoiced over the document and thanked the pope for it.

In one small village in western France, a church was recently occupied by Catholic traditionalists demanding a mass in Latin. A new priest, who succeeded a conservative who had served the community of 300 for 40 years, had been ordered by the local bishop to end the unauthorised but previously tolerated older rites, sparking a sit-in. Mathieu Mautin, 30, said that for him the older rite 'was very important in [his] life'.

'I want my children to enjoy it too,' Mautin said. 'The liturgy creates a universe that makes the mystery palpable. The fact that the priest faces the altar signifies for us that he is leading the people of God.'

Pope Benedict, who was elected in April 2005, has provoked emotional reaction from other faiths on a number of occasions. He apologised in September last year for offending Muslims after quoting a 14th-century Byzantine emperor who said: 'Show me just what Mohammed brought that was new, and there you will find things only evil and inhuman, such as his command to spread by the sword the faith he preached.'

The Pope also sparked bewilderment when he made no mention of anti-Semitism, or the

Case: 1:15-cv-08077 Document #: 37-1 Filed: 01/25/16 Page 25 of 50 PageID #:646

fact that the Nazis killed millions of people because they were Jewish, in a speech last year at Auschwitz. He also failed to acknowledge that there might be some degree of collective responsibility of the German people.

## Topics

Religion Catholicism

Save for later Article saved
Reuse this content

A Troublesome History? The Pope's Past with the Right Wing - SPIEGEL ONLINE


03/17/2009 11:42 AM

## A Troublesome History?

# The Pope's Past with the Right Wing

*By Gunther Latsch*

**Pope Benedict XVI admitted that he made mistakes in his handling of the far-right Society of St. Pius X and the Holocaust-denying Bishop Richard Williamson. But the pope has a history of being used by the extreme right.**

For weeks, one heard relatively little from him. Pope Benedict XVI seemed to have little to say about the ultra-conservative brothers of the Society of St. Pius X -- about their Bishop, Richard Williamson, about is appalling denial of the Holocaust, and about the storm of criticism launched by many Catholics against the Vatican. Last Tuesday, Pope Benedict XVI finally issued a statement in a letter addressed to the "Dear Brothers in the Episcopal Ministry."


DPA
Pope Benedict XVI has a history with the far right.

Since then, the world has known that the pope is indeed fallible. That is, of course, a human quality, but it isn't necessarily good for the office of the papacy. According to church doctrine, the pope's preaching of dogma is infallible -- but even errors unrelated to dogma can tarnish his reputation.

"An unforeseen mishap," wrote the pope, "was the fact that the Williamson case came on top of the remission of the excommunication (*eds. note: of four Pius brothers*)." This created the unfortunate impression that this "discreet gesture of mercy" was the "repudiation of reconciliation between Christians and Jews," which was something that he could "only deeply regret."

But the Williamson affair is not the first case where the theologian Joseph Ratzinger has allowed himself, with inexplicable nonchalance, to be used by right-wing extremists, as previously unpublished documents now show.

In 1997, Ratzinger -- who at the time was head of the Vatican's Congregation for the Doctrine of the Faith -- allowed Austrian publisher Aula-Verlag to use a text that he had written for a collection of essays to mark the 150th anniversary of 1848, a year of revolution in Germany as elsewhere. The editors of this book entitled "1848 -- Erbe und Auftrag" (1848 -- Heritage and Mission) were Otto Scrinzi and Jürgen Schwab, two well-known leading figures among German-speaking right-wing extremists who have never made a secret of their political beliefs.

In early February 2009, Karl Öllinger, a Green Party member of Austrian parliament, criticized Ratzinger for the publication at Aula-Verlag and urged that Benedict's role in the debate over the ultra-conservative Pius brotherhood be re-evaluated. The spokesman of the archdiocese of Vienna declined to accept the invitation.

According to Kathpress, an Austrian Catholic news agency, Ratzinger was "evidently not asked for his permission to publish the article." According to correspondence between then *Aula* magazine editor Gerhoch Reisegger and the Vatican -- and seen by SPIEGEL -- that claim is incorrect.

On Sept. 18, 1997 Reisegger asked "His Eminence Joseph Cardinal Ratzinger" for "permission to reprint" the article that was published in the magazine Communio in 1995. "The monthly magazine *Aula* of the Libertarian Academic Associations of Austria " wanted to comment on Ratzinger's "exceptional thoughts" on the "confusion" surrounding the 150th anniversary of the Revolution of 1848.

Only 12 days later, Ratzinger's secretary, Monsignore Josef Clemens, gave Reisegger the green light: "In response to your friendly letter … I may on behalf of Cardinal Ratzinger inform you that he has approved the printing of his essay … in the monthly magazine *Aula* of the Libertarian Academic Associations of

Austria."

Initially, there was no discussion of a book project, but Reisegger informed Monsignore Clemens on Oct. 6, 1997 that instead of printing the essay in the monthly magazine, it was possible that a "special issue on the topic of 1848" would be printed in order to take a "critical look at liberalism, freemasonry," and "the Revolution of 1848." Reisegger made no mention of who would edit this book.

Nevertheless, the mere mention of the name of this Austrian publishing house alone should have set off alarm bells throughout the Vatican. Only three years earlier, *Aula* had made headlines well beyond the borders of Austria. The magazine's editor, Herwig Nachtmann, had come out in support of Holocaust denier Walter Lüftl. In his article "The Laws of Nature Apply to both Nazis and Anti-Fascists," the head of *Aula* praised Lüftl's report -- called "Holocaust, Belief and Facts," published in 1992 -- as a "milestone on the road to truth." The resulting bad publicity even prompted Jörg Haider's far-right Austrian Freedom Party (FPÖ) -- which had until then used *Aula* as a party organ -- to distance itself from the magazine and its publisher, and to discontinue all financial support.

Whether this went unnoticed in the Vatican is, however, not the decisive question. The fact is that the Ratzinger text itself contains disturbing passages. Under the headline "Criticism of Democracy," the cardinal writes: "The feeling that democracy is not yet the right form of freedom is fairly common and is increasingly widespread…. How free are elections? … Is there not an oligarchy of those who decide what is modern and progressive, what an enlightened individual should think? … And what of the decision-making process in the bodies of democratic representation? … Who could doubt the power of interest groups, whose dirty hands are increasingly visible? And is the system of a majority and a minority really a system of freedom in the first place?"

In the eyes of the *Aula* staff, so much mistrust of democracy apparently marked the beginning of a beautiful friendship. When the cardinal was elected as pope, they rejoiced: "Hail to your arrival, protector of the devout. As a Hitler Youth and a member of the anti-aircraft corps, he protected his people against the Anglo-American bomb holocaust! Is the Holy Father now fighting with determination against the baby holocaust?"

*Translated from the German by Paul Cohen*

**URL:**

http://www.spiegel.de/international/world/a-troublesome-history-the-pope-s-past-with-the-right-wing-a-613756.html

**Related SPIEGEL ONLINE links:**

Letter to Bishops: Pope Acknowledges Problems in Holocaust Denial Controversy (03/12/2009)
http://www.spiegel.de/international/world/letter-to-bishops-pope-acknowledges-problems-in-holocaust-denial-controversy-a-612860.html
The Pope's Nemesis: Holocaust-Denying Bishop Back in Britain (02/25/2009)
http://www.spiegel.de/international/world/the-pope-s-nemesis-holocaust-denying-bishop-back-in-britain-a-609817.html
Losing Touch: A German Pope Disgraces the Catholic Church (02/04/2009)
http://www.spiegel.de/international/world/losing-touch-a-german-pope-disgraces-the-catholic-church-a-605542.html

© SPIEGEL ONLINE 2009
All Rights Reserved
Reproduction only allowed with the permission of SPIEGELnet GmbH


 PillPack     A simpler way to manage your medication     TRY PILLPACK ›

⬖ Back to Article   🖶 Click to Print



Thursday, Feb. 07, 2008

# Jews and the Vatican: A New Clash

By Jeff Israely

Bringing back an ancient rite risked reopening ancient wounds. And so after Pope Benedict XVI introduced wider use of the old Latin rite last year, top Vatican officials promised to adjust a Good Friday prayer from the ancient liturgy that had called for the conversion of the Jews. The text of the updated version — released this week in the Vatican newspaper *L'Osservatore Romano* — deletes offensive language referring to Jews' "blindness" and the need to "remove the veil from their hearts." But the substance is left in place: "Let us pray for the Jews," the prayer says, according to an unofficial translation from Latin. "May the Lord our God illuminate their hearts so that they may recognize Jesus Christ savior of all men."

The wounds, according to top Jewish leaders and rabbis, have been reopened. They say the prayer, which in reality had never been scrapped completely, recalls past centuries of forced conversions and a lingering incomprehension of their faith. And while several well-known Jewish voices in New York and Jerusalem spoke of their "disappointment," the loudest — and indeed angriest — response to the revised text came from those closest to home. Late Wednesday, having had 24 hours to absorb the news and study the text, the Italian Rabbinical Assembly announced they were suspending the decades-long Jewish-Catholic dialogue for a "pause of reflection" in light of the Good Friday prayer.

Rome's chief Rabbi Riccardo Di Segni told reporters that the prayer brings Catholic-Jewish relations "back 43 years," noting that the 1960s Second Vatican Council had spoken of an "alliance" between the two faiths. Di Segni spoke indignantly about reassurances he said he'd received from Church leaders that his concerns about the conversion language would have been addressed. It raises questions about just what is the "image of the Jewish people for the Church," said Di Segni. "It's an old question: What are the Jews doing here on earth? If this [prayer] is the requirement for dialogue, it is intolerable. Evidently, the Church is having problems rediscovering the foundations of its orthodoxy."

Cardinal Walter Kasper, the Vatican's pointbman on Catholic-Jewish relations, responded to the criticism in a Thursday morning interview on Vatican radio. He said great progress has been made in interfaith dialogue with Jews, but it requires that "we respect each other's diversity." "We have much in common, but there's a specific difference. Jesus is the Christ, that means the Messiah, the son of God, and you cannot hide this difference. The Holy Father wanted to say: Yes, Jesus Christ is the Savior of all men, including the Jews. This is said in the prayer," Kasper said. "But this does not mean we have the intention of evangelizing [Jews]. We must give witness to our faith. But in the past the language was with disrespect. Now there is respect."

Huge steps forward have in fact been made since the days that Catholics blamed Jews for Jesus' death, and when the original Good Friday conversion prayer spoke of the "perfidious Jews." Pope John XXIII and Pope Paul VI began to rewrite Catholic teachings, paving the way for John Paul II's historic outreach to Jews, including visits to the central synagogue in Rome and the Wailing Wall in Jerusalem, and his characterization of the People of Israel as "older brothers" to Christians.

Reached in his office in Jerusalem, Rabbi David Rosen of the American Jewish Committee, a veteran of Catholic-Jewish dialogue, said that he too had his "hopes raised" that an explicit reference to conversion would have been excised. Rosen noted that the expansion of the Latin rite "had nothing to do with this prayer, and nothing to do with the Jews," but was rather an attempt by the Pope to mend fences with Catholic arch-traditionalists. Still, the language of the Good Friday prayer sounds to Jews to be "exclusivist and triumphalist," said the rabbi.

Rosen, who has worked with Benedict since he was a Vatican cardinal, said he worries that the Pope seems to "insulate" himself from top advisers who might alert him to potential fallout. Still, Rosen called his Italian rabbinical colleagues' break in dialogue with Catholics a "rash" decision. "There's so much at stake for Jews and Catholics and Benedict himself that we must ensure that this difficulty will not torpedo the commitment to advancing Jewish-Catholic relations," Rosen said. "Yes, we must speak up. But there is nothing to be gained from making this a *casus belli.*" *With reporting by Francesco Peloso/Rome*

🖶 Click to Print

**Find this article at:**
http://content.time.com/time/world/article/0,8599,1710822,00.html

Welcome to the Catholic Community of

# St. Pius X Church

3 6 6 3   6 6 TH   S t .  •  D e s   M o i n e s ,   IA   5 0 3 2 2

### May 2 and 3, 2015 ~ Fifth Sunday of Easter

## CONGRATULATIONS TO OUR NEWLY CONFIRMED

| | | |
|---|---|---|
| Julia Bakker | Ben Hartley | Thomas O'Donnell |
| Will Barkley | Chris Hartley | Zachary Pfohl |
| Jacob Battani | Macy Havran | Sam Raes |
| Lindsay Breuwet | Nicholas Hazlewood | Carter Rands |
| Vanessa Breuwet | Clare Heinrich | Lauren Rau |
| Millie Brewer | Rebecca Hennessey | Hallie Reardon |
| Julia Condon | Quincy Hill | Megan Reinsvold |
| Josh Couture | Callie Hippler | Abigail Reis |
| John Daniel | Abigail Hunt | George Reis |
| Katie Danielson | Dillon Kimberley | Bailey Renger |
| Olivia Daumueller | Joseph Krueger | Sydney Robinson |
| Anthony DeBartolo | Austin Lamm | Logan Ruggieri |
| Olivia DeGroote | Joseph Lathrum | Bridget Rutherford |
| Brendan Dougherty | Alyssa Lawler | Abigail Schlotfeldt |
| Anna Dressen | Emma Lehman | Katie Schreck |
| Wesley Duke | Megan Lilly | Gracie Schulte |
| Andrew Ehler | William Linder | Nathan Sheehy |
| Rozlyn Elbert | Alyssa McManus | Kira Stark |
| Austin Embree | Isabel Mendoza | Gretchen Steffensmeier |
| Amanda Evans | Elizabeth Michels | Wilson Sullivan |
| Chase Freund | Trevor Miller | Allison Tallman |
| Anna Galioto | Kate Morris | Linda Tong |
| Andrew Gastineau | Molly Munro | Hannah Williamson |
| Alex Geier | Mitchell Newberg | |
| Joshua Habel | Olivia Nord | |

# EXHIBIT 7



# NORTHBROOK POLICE DEPARTMENT

Case Number: 09-01346

---

| | |
|---|---|
| **Nature:** HARASSMENT-TX | **Address:** ██████████ |
| | TION REPORT |
| **Location:** | NORTHBROOK IL 60062 |

---

**Offense Codes:**
| | | |
|---|---|---|
| **Received By:** NEVITT S | **How Received:** P | **Agency:** NPD |
| **Responding Officers:** | | |
| **Responsible Officers:** POZNIAK S | **Disposition:** 03 01/30/09 | |
| **When Reported:** 21:56:40 01/20/09 | **Occurred Between:** 20:19:00 01/20/09 and 21:35:00 01/20/09 | |

---

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

---

**Complainant:** 1576
| | | |
|---|---|---|
| **Last:** ████ | **First:** ████ | **Mid:** ███ |
| **DOB:** ████ | **Dr Lic:** ███████ | **Address:** █████████ |
| **Race:** W      **Sex:** M | **Phone:** ███████ | **City:** ████████ |

Alert Codes:

## Offense Codes

| | |
|---|---|
| **Reported:** 2825 HARASSMENT BY TELE-PHONE | **Observed:** 2825 HARASSMENT BY TELE-PHONE |
| **Additional Offense:** 2825 HARASSMENT BY TELE-PHONE | |

## Circumstances

| | |
|---|---|
| **Responding Officers:** | **Unit :** |
| POZNIAK S | 44N |

| | |
|---|---|
| **Responsible Officer:** POZNIAK S | **Agency:** NPD |
| **Received By:** NEVITT S | **Last Radio Log:** 22:30:57 01/20/09 CMPLT |
| **How Received:** P IN PERSON | **Clearance:** K REPORT TO BE SUBMITTED |
| **When Reported:** 21:56:40 01/20/09 | **Disposition:** 03 **Date:** 01/30/09 |
| **Judicial Status:** IUCM | **Occurred between:** 20:19:00 01/20/09 |
| **Misc Entry:** | **and:** 21:35:00 01/20/09 |

| | | |
|---|---|---|
| **Modus Operandi:** | **Description :** | **Method :** |

09/27/10

Case Number: 09-01346                                                    Page 2 of 8

## Involvements

| Date | Type | Description | |
|------|------|-------------|---|
| 01/30/09 | Arrest | Booking#: 09-0042 | Arrest/Offense |
| 01/20/09 | Name | ████████ GEORGE █ | Complainant |
| 01/20/09 | Name | UPPAL, PRABJAT | ARRESTEE |
| 01/20/09 | Cad Call | 21:56:40 01/20/09 HARASSMENT-TX | Initiating Call |

## Narrative

Northbrook Police Department
Narrative

1. Type of Incident: HARASSMENT BY TELEPHONE
2. Date, Time (F6): Tue Jan 20 22:34:23 CST 2009
3. Officer Name: S. Pozniak #118
4. Narrative:

Complainant related that on 01/20/09 at 2019 hrs. and 2135 hrs. he received two pages from (312)951-0275. Complainant called back at 2019 hrs. and spoke with a woman who related that she was Dr. Perez, an intern at Northwestern with a patient with a brain tumor who needs your attention. Complainant recognized the voice as Prabhjot Uppal, a woman that he currently proceeding on a felony case for harassment by telephone. The case is an ongoing case with Det. Petersen and complainant wanted this incident documented for the upcoming court date on Friday 01/23/09. A copy of this report will be forwarded to Det. Petersen.

## Supplement

Northbrook Police Department
Supplemental Narrative

1. Address of Occurrence: ████████████
2. Type of Incident: Harassing telephone call
3. Details of Supplemental Narrative:

On January 21, 2009 I was assigned to this case. I was familiar with the complainant, ████████ and the name Prabhjot Uppal as I had investigated previous harassing and threatening telephone calls reported by █████ (case report numbers 200521163, 200519932 and 200612476.) Subsequent to the investigations, on November 22, 2006 I obtained an arrest warrant for Prabhjot Uppal. Cook County Court case number 06MC2007563. On December 4, 2006 Uppal turned herself in at the Cook County Skokie court house to answer to the charges. Most recently, I was subpoenaed to appear in court on December 8, 2008 as her case had been set for a jury trial. The case was continued to January 23, 2009.

On January 21, 2009 at approximately 12:15 P.M. I spoke with ████████████ about these cases. █████ related that he knew Uppal's court case was getting closer as the State's Attorney's office had been in contact with him.

09/27/10

██████ added that on January 20, 2009 at approximately 8:19 P.M. he received a page on his work pager. The number that appeared was (312) 951-0275. He was at home when he received the page and thought it was odd as he was not on-call for the night. ██████ is a neurosurgeon who works out of Lutheran General Hospital. He called the number and a female answered stating Northwestern Oncology. ██████ responded, ██████ I was paged." The female was heard asking, did someone page ██████ After a short pause, the same female that first answered spoke again. She stated that she was Doctor Perez and was calling regarding one of his patients, Theresa Guiterez. The female added that she was with Guiterez who was suffering from an anterior meningioma. She requested to have surgery and wished to have ██████ consult in the matter. ██████ asked if the patient was symptomatic. The female hesitated and responded that he ██████ had seen Guiterez in the past as she had a tumor.

██████ advised me that the nature of this page was not unusual. In the past he has returned pages and usually a nurse answers and identifies their location. After identifying himself, the nurse transfers the call on. Further, he in fact has seen a patient with the name of Theresa Guiterez however she did not have a brain tumor. ██████ stated that he quickly realized that during this call he was speaking with Prabhjot Uppal, who also goes by Jody Uppal. ██████ stated that at point in the conversation he asked to speak with the nurse. The female then terminated the call.

██████ related that at approximately 9:35 P.M. he received another page displaying the number of (312) 951-0275. He did not call the number back. ██████ stated that he then responded to the Northbrook Police Department and filed a report regarding the calls with Police Officer Pozniak. ██████ related that he had already spoken with the State's Attorney's office about the page and phone conversation. I advised Bovis that I was assigned to the case and that I would discuss the matter with the States Attorney.

I then conducted an Internet search on Entersect and discovered that the phone number of (312) 951-0275 was an Ameritech Illinois Wireless number registered to Prabhjot Uppal of Chicago, Illinois.

On January 21, 2009 at approximately 3:00 P.M. I responded to the Cook County Skokie court house and met with A.S.A. Mary Morris. We discussed the above matters and Morris stated that on January 23, 2009 she would be filing a violation of condition of bail against Uppal for this incident. In addition, she spoke with Uppal's attorney and advised him of this. Court time is set for 9:30 A.M. Case pending.

4.    Date, Time (F6): Thu Jan 22 16:17:01 CST 2009
5.    Reporting Officer: Det. J. Petersen #137

## Supplement

Northbrook Police Department
Supplemental Narrative

1.    Address of Occurrence: ██████
2.    Type of Incident: Harassment by Telephone
3.    Details of Supplemental Narrative:

On January 21, 2009 after speaking with ██████ I requested a

*Case Number: 09-01346*                                                                 *Page 4 of 8*

---

special watch for his residence that was disseminated to all officers. In addition, his name and address were warned in the system advising officers of the safety concerns.

I reviewed this case for charges and noted that in the harassment by telephone statute (720 ILCS 135/1-1) the following sentencing paragraph upgrades the charge to a class 4 felony.

(Section 2; (3)); "At the time of the offense, the offender was under conditions of bail, probation, mandatory supervised release or was the subject of an order of protection, in this or any other state, prohibiting contact with the victim or any member of the victim's family or household;"

I then typed up a felony harassment by telephone charge and warrant for Prabhjot Uppal.

On January 23, 2009 at approximately 9:30 A.M. I responded to the Cook County Skokie court house and met with ████████ Myself and ██████ then met with felony review A.S.A. Hemeley and reviewed this case with her. Bovis swore to the facts of the complaint and signed it. A.S.A. Hemeley approved the felony charge and warrant. The case was assigned a court docket number, 09MC2000243, and I appeared in court room #207 for case #200612476. A.S.A. Morris advised Judge Chambers of the new felony charge against Uppal and filed a violation of condition of bond. Judge Chambers accepted the new charges and ordered that Uppal be immediately remanded into the sheriff's custody. Judge Chambers further ordered that Uppal be held until January 28, 2009 at which time her bond will be addressed. On that date I will request a processing order for Uppal for her new charge. A.S.A. Morris advised that she will prepare court orders to obtain the new cell phone information. Case considered cleared by arrest.

4.  Date, Time (F6): Fri Jan 23 14:59:51 CST 2009
5.  Reporting Officer: Det. J. Petersen #137

---

## Supplement

Northbrook Police Department
Court Supplemental Report

1.  Court Date/Time: January 29, 2009 9:30 A.M.
2.  Court Location/Room Number: Skokie court / #207
3.  Judge: Chambers
4.  Prosecutor: ASA Mary Morris
5.  Next Court Date: Feb. 6, 2009 9:30 A.M.
6.  Disposition of Evidence: hold for court
7.  Narrative:
On January 28, 2009 at approximately 9:30 A.M. myself and Det. Roscoe responded to room #207 in the Skokie Court house and met with ASA Morris. At this time I was advised that there had been a disturbance in the Cook County jail and subsequently the inmates were on lock-down. I was advised that the case would be continued to Jan. 29, 2009.

On January 29, 2009 at approximately 9:30 A.M. myself and Det. Foulks arrived back in room 207 and met with ASA Morris. Prabhjot Uppal was called up and a bond hearing was conducted. Judge Chambers issued Uppal a $50,000.00 (D) bond for this case. He added an additional $50,000.00(D) for the violation of bond

# EXHIBIT 8

STATE OF ILLINOIS        )
                         ) SS.
COUNTY OF COOK           )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS        )
                                       )
                            vs.        )      NO. _07 CR 2129_
                                       )
                                       )
_Prabhjot Uppal_

DISCOVERY RECEIPT

| ITEM | PAGES | INITIALS |
|------|-------|----------|
| AT+T 312 9578049 | 3-3 | |
| inv rept | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |

THE BELOW SIGNED ATTORNEY HEREBY ACKNOWLEDGES RECEIPT OF THE ABOVE
MATERIALS.

DATED: _2-23-09_     SIGNED _[signature]_

02/11/2009 09:42 FAX 847 470 7335          DISTRICT TWO                    ☑002

300                                        (3-81) Form Crim Di.. No. 66
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS          )
                        vs.                  ) NO.  092000243
                                             )
PRABHJOT UPPAL                               )

SUBPOENA-SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State-GREETING:
WE COMMAND THAT YOU SUMMON:
Phyllis Washington
AT&T
208 S. Akard
Dallas, Texas

to appear to testify before the Honorable Judge Chambers on February 23, 2009 in Room 207 Circuit Court,
5600 Old Orchard Road, Skokie, Illinois at 9:30 A.M.

PLEASE PROVIDE REOCRDS OF INCOMING AND OUTGOING TELEPHONE CALLS FOR
312-951-0275 FROM 9:00 A.M. TO 11:00 P.M. ON JANUARY 20, 2009. ALSO SUBSCRIBER
INFORMATION FOR 312-951-0275. TENDERING OF THESE ITEMS TO THE COURT
(ATTN: JUDGE CHAMBERS) WILL NEGATE THE NEED FOR YOUR APPEARANCE.

YOUR FAILURE TO APPEAR IN COURT IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO
PUNISHMENT FOR CONTEMPT OF THIS COURT.

                              WITNESS: February 10, 2009

                                  *Dorothy Brown*
                                  Clerk of the Court

Atty No.
Name              Assistant State's Attorney
Attorney for      Morris/Cenar
Address           The People of the State of Illinois
City              5600 Old Orchard Road
Telephone         Skokie, Illinois 60077
                  (847) 470-7300

PLEASE CALL UPON RECEIPT OF THIS SUBPOENA.
SERVICE:       *FAXING  AT&T*
I served this Subpoena by ~~handing~~ a copy to *C/O P.WASHINGTON* on *11 Feb* 2009.

Signed and sworn to before me _____ 2009.

                                            NOTARY PUBLIC

NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT
DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Control Number: 2009-02-13-015

Request for: 312 951-0275   01/20/2009 09:00 CT - 01/20/2009 23:00 CT   ORIG/TERM

| Call Type | Connect Date/Time | Originating# | Terminating# | Call Duration | CIC |
|---|---|---|---|---|---|
| 006 | 2009-01-20 10:51:32CT | 3129510275 | 7739293320 | 0:00:00 | 0000 |
| 006 | 2009-01-20 10:52:01CT | 3129510275 | 7739293320 | 0:00:00 | 0000 |
| 006 | 2009-01-20 10:52:59CT | 3129510275 | 7739299553 | 0:00:00 | 0000 |
| 006 | 2009-01-20 10:53:31CT | 3129510275 | 7739299553 | 0:00:00 | 0000 |
| 006 | 2009-01-20 14:07:01CT | 3129510275 | 3123322853 | 0:05:55 | 0000 |
| 006 | 2009-01-20 14:13:51CT | 3129510275 | 3123322853 | 0:06:19 | 0000 |
| 006 | 2009-01-20 14:36:59CT | 3129510275 | 3116633100 | 0:00:41 | 0000 |
| 006 | 2009-01-20 14:45:31CT | 3129510275 | 7735442000 | 0:00:24 | 0000 |
| 006 | 2009-01-20 14:46:50CT | 3129510275 | 7735442000 | 0:02:09 | 0000 |
| 006 | 2009-01-20 14:48:01CT | 3129510275 | 7735442000 | 0:00:44 | 0000 |
| 119 | 2009-01-20 14:49:45CT | 7735442000 | 3129510275 | 0:01:42 | 2922 |
| 001 | 2009-01-20 14:49:46CT | 7734755966 | 3129510275 | 0:01:41 | 2922 |
| 119 | 2009-01-20 16:02:05ET | 3129510275 | 9372082010 | 0:03:54 | 2882 |
| 060 | 2009-01-20 15:02:07CT | 3129510275 | 9372082010 | 0:03:55 | 55001 |
| 110 | 2009-01-20 15:02:09CT | 3129510275 | 9372082010 | 0:03:53 | 55001 |
| 119 | 2009-01-20 16:06:13ET | 3129510275 | 9372082010 | 0:00:52 | 2882 |
| 060 | 2009-01-20 15:06:15CT | 3129510275 | 9372082010 | 0:00:52 | 55002 |
| 110 | 2009-01-20 15:06:17CT | 3129510275 | 9372082010 | 0:00:50 | 55001 |
| 110 | 2009-01-20 15:07:51CT | 3129510275 | 3123322853 | 0:01:51 | 0000 |
| 006 | 2009-01-20 15:16:16CT | 3129510275 | 3127102063 | 0:00:22 | 0000 |
| 110 | 2009-01-20 15:26:10CT | 3129510275 | 5054997503 | 0:00:00 | 55001 |
| 006 | 2009-01-20 15:26:37CT | 3129510275 | 5756497503 | 0:11:19 | 55001 |
| 110 | 2009-01-20 15:26:39CT | 3129510275 | 5756497503 | 0:11:17 | 55001 |
| 006 | 2009-01-20 15:39:44CT | 3129510275 | 3127102063 | 0:00:25 | 0000 |
| 192 | 2009-01-20 15:58CT | 3129510275 | 8002880202 | 0:03:32 | 0000 |
| 006 | 2009-01-20 16:19:58CT | 3129510275 | 8002880202 | 0:00:00 | 0000 |
| 006 | 2009-01-20 16:23:51CT | 3129510275 | 3127102063 | 0:18:15 | 0000 |
| 006 | 2009-01-20 16:45:03CT | 3129510275 | 8479400202 | 0:27:58 | 0000 |
| 192 | 2009-01-20 20:18:22CT | 3129510275 | 8007694099 | 0:00:38 | 0000 |
| 006 | 2009-01-20 20:19:36CT | 3129510275 | 8477237243 | 0:01:21 | 0000 |
| 006 | 2009-01-20 20:23:53CT | 8478232050 | 3129510275 | 0:03:10 | 0000 |

006 2009-01-20 20:28:56CT 3129510275
720 2009-01-20 20:49:15CT 2242380000
END-OF-FILE

3123322853
3129510275

0:00:54 00000
0:03:03 00009

C. 00327

**JOHNSON, KESHEA W**

| | |
|---|---|
| **From:** | Kesha Gross <kg2895@mipc501.sfdc.sbc.com> |
| **Sent:** | Friday, April 11, 2014 10:18 AM |
| **To:** | JOHNSON, KESHEA W |
| **Subject:** | LEA MAIL-DO NOT REPLY |

AMA REPORT INFORMATION

Explanation of data fields:

Call Type:        Used primarily for AT&T internal billing purposes

Connect Date/Time: Date, time, call was connected

Originating #:    Area code and telephone number that originated the call
            (the from #)

Terminating #:    Area code and telephone number where the call terminated
            (the to #)

Call Duration:    Length in time of the call (hours:minutes:seconds)

CIC:            Carrier ID Code containing first four digits only
            (CIC 0288 is AT&T)

Control Number: 2014-04-11-010

Request for: 312 951-0275  01/20/2009 00:00 CT - 01/20/2009 23:59 CT  ORIG/TERM

| Call Type | Connect Date/Time | Call Originating# | Terminating# | Duration | CIC |
|---|---|---|---|---|---|
| 006 | 2009-01-20 10:51:32CT | 3129510275 | 7739293320 | 0:00:00 | 00000 |
| 006 | 2009-01-20 10:52:01CT | 3129510275 | 7739293320 | 0:00:00 | 00000 |
| 006 | 2009-01-20 10:52:59CT | 3129510275 | 7739295553 | 0:00:00 | 00000 |
| 006 | 2009-01-20 10:53:31CT | 3129510275 | 7739295553 | 0:00:00 | 00000 |
| 006 | 2009-01-20 14:07:01CT | 3129510275 | 3123322853 | 0:05:55 | 00000 |
| 006 | 2009-01-20 14:13:51CT | 3129510275 | 3123322853 | 0:06:19 | 00000 |
| 006 | 2009-01-20 14:36:59CT | 3129510275 | 3126633100 | 0:00:41 | 00000 |
| 006 | 2009-01-20 14:45:31CT | 3129510275 | 7735422000 | 0:00:24 | 00000 |
| 006 | 2009-01-20 14:46:50CT | 3129510275 | 7735422000 | 0:02:09 | 00000 |
| 006 | 2009-01-20 14:48:01CT | 3129510275 | 7735422000 | 0:00:44 | 00000 |
| 119 | 2009-01-20 14:49:45CT | 7735422000 | 3129510275 | 0:01:42 | 02922 |
| 001 | 2009-01-20 14:49:46CT | 7734755966 | 3129510275 | 0:01:41 | 00000 |
| 119 | 2009-01-20 16:02:05ET | 3129510275 | 9372082010 | 0:03:54 | 02882 |
| 060 | 2009-01-20 15:02:07CT | 3129510275 | 9372082010 | 0:03:55 | 55001 |
| 110 | 2009-01-20 15:02:09CT | 3129510275 | 9372082010 | 0:03:53 | 55001 |
| 119 | 2009-01-20 16:06:13ET | 3129510275 | 9372082010 | 0:00:52 | 02882 |
| 060 | 2009-01-20 15:06:15CT | 3129510275 | 9372082010 | 0:00:52 | 55002 |
| 110 | 2009-01-20 15:06:17CT | 3129510275 | 9372082010 | 0:00:50 | 55001 |
| 006 | 2009-01-20 15:07:51CT | 3129510275 | 3123322853 | 0:01:51 | 00000 |
| 006 | 2009-01-20 15:16:16CT | 3129510275 | 3127102063 | 0:00:22 | 00000 |
| 110 | 2009-01-20 15:26:10CT | 3129510275 | 5056497503 | 0:00:00 | 55001 |
| 060 | 2009-01-20 15:26:37CT | 3129510275 | 5756497503 | 0:11:19 | 55001 |
| 110 | 2009-01-20 15:26:39CT | 3129510275 | 5756497503 | 0:11:17 | 55001 |
| 006 | 2009-01-20 15:39:44CT | 3129510275 | 3127102063 | 0:00:25 | 00000 |
| 192 | 2009-01-20 16:19:58CT | 3129510275 | 8002882020 | 0:03:32 | 00000 |
| 006 | 2009-01-20 16:23:51CT | 3129510275 | 3127102063 | 0:18:15 | 00000 |
| 006 | 2009-01-20 16:45:03CT | 3129510275 | 8479400202 | 0:27:58 | 00000 |
| 192 | 2009-01-20 20:18:22CT | 3129510275 | 8007694099 | 0:00:38 | 00000 |
| 006 | 2009-01-20 20:19:36CT | 3129510275 | 8477237243 | 0:01:21 | 00000 |
| 006 | 2009-01-20 20:23:53CT | 8478232050 | 3129510275 | 0:03:10 | 00000 |
| 006 | 2009-01-20 20:28:56CT | 3129510275 | 3123322853 | 0:00:54 | 00000 |
| 720 | 2009-01-20 20:49:15CT | 2242380000 | 3129510275 | 0:03:03 | 00009 |

END-OF-FILE

1880989

 at&t

## SUBSCRIBER INFORMATION

| 847R162908089 | Local LL |
|---|---|

### Billing Party

Account Number **(BTN)**:847R162908089

Name:

Billing Address:

SSN:                    DOB: DL:

Account Status:LIVE              Billing Date:

---

### Service Information

TN:              (847) 823-2050

Name:            (SPNP) LUTHERAN; GENERAL

Service Address: 1775 DEMPSTER PARK RIDGE 60068 FLR 1

Customer Since:



| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 1971301891 | 780364628-00001 | 03/04/09 | 13 of 87 |

Detail for Ralph Meczyk 312-636-6360

Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/19 | | | | | | | | | | |
| 1/20 | 8:08A | ██████ | Peak | PlanAllow | Buffalo Gr IL | Incoming CL | 8 | -- | -- | -- |
| 1/20 | 8:50A | 312-332-2853 | Peak | PlanAllow | Northbrook IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 9:02A | ██████ | Peak | PlanAllow | Northbrook IL | Chicago IL | 2 | -- | -- | -- |
| 1/20 | 9:06A | 312-332-2853 | Peak | PlanAllow | Glenview IL | Chicago IL | 2 | -- | -- | -- |
| 1/20 | 9:21A | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 4 | -- | -- | -- |
| 1/20 | 9:25A | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 4 | -- | -- | -- |
| 1/20 | 11:59A | ██████ | Peak | PlanAllow | Chicago IL | 411search CL | 1 | -- | 1.49 | 1.49 |
| 1/20 | 12:00P | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 12:02P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 12:06P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 6 | -- | -- | -- |
| 1/20 | 12:23P | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 12:33P | ██████ | Peak | PlanAllow | Chicago IL | Roselle IL | 1 | -- | -- | -- |
| 1/20 | 1:25P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 1:54P | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 2:03P | 312-332-2853 | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 2:14P | ██████ | Peak | IN Allow | Chicago IL | Chicago IL | 3 | -- | -- | -- |
| 1/20 | 2:21P | ██████ | Peak | PlanAllow | Chicago IL | Chicgozn07 IL | 1 | -- | -- | -- |
| 1/20 | 2:47P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 2:47P | ██████ | Peak | PlanAllow | Chicago IL | Northbrook IL | 1 | -- | -- | -- |
| 1/20 | 3:06P | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 3:33P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 3:51P | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 2 | -- | -- | -- |
| 1/20 | 4:02P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 7 | -- | -- | -- |
| 1/20 | 4:28P | Unavailable | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 4:33P | ██████ | Peak | IN Allow | Chicago IL | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 4:37P | ██████ | Peak | IN Allow | Chicago IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 4:37P | ██████ | Peak | PlanAllow | Chicago IL | Northbrook IL | 1 | -- | -- | -- |
| 1/20 | 4:38P | ██████ | Peak | IN Allow | Chicago IL | Chicago IL | 2 | -- | -- | -- |
| 1/20 | 4:40P | ██████ | Peak | PlanAllow | Chicago IL | Chicago IL | 2 | -- | -- | -- |
| 1/20 | 5:13P | 312-332-2853 | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 5:30P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 5:35P | ██████ | Peak | PlanAllow | Chicago IL | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 5:55P | ██████ | Peak | PlanAllow | Northbrook IL | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 5:57P | ██████ | Peak | PlanAllow | Northbrook IL | Chicago IL | 1 | -- | -- | -- |
| 1/20 | 6:19P | ██████ | Peak | PlanAllow | Northbrook IL | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 7:56P | ██████ | Peak | PlanAllow | Buffalo Gr IL | Incoming CL | 5 | -- | -- | -- |
| 1/20 | 8:01P | ██████ | Peak | PlanAllow | Northbrook IL | Chicago IL | 2 | -- | -- | -- |
| 1/20 | 8:48P | ██████ | Peak | PlanAllow | Buffalo Gr IL | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 8:49P | 312-951-0275 | Peak | PlanAllow | Northbrook IL | Chicago IL | 4 | -- | -- | -- |
| 1/21 | | | | | | | | | | |

EXHIBIT 9



# Lutheran General CEO leaves abruptly, cites family reasons

**Daily Herald Staff Report**

Published: 6/25/2009 6:20 PM

The CEO of Advocate Lutheran General Hospital in Park Ridge has stepped down after only five months on the job, a hospital spokeswoman confirmed Thursday.

The hospital's parent company announced the resignation of CEO David Stark in an internal memo Thursday.

Advocate Health Care Chief Operating Officer Bill Santulli said in the memo that Stark left for family reasons.

Stark, 37, joined Lutheran General in February after longtime CEO Bruce Campbell retired.

He had been executive vice-president and COO of Iowa Methodist Medical Center and Iowa Lutheran Hospital in Des Moines. Stark will rejoin that health system to run its children's hospital.

The 586-bed Lutheran General is the area's sixth-largest hospital, with $584.5 million in net patient revenue in fiscal 2007, the latest figure available.

A search for a replacement is underway, spokeswoman Colette Urban said.

August/September 2009



Dear Colleagues in Ministry,

It has been anything but a quiet summer here at Lutheran General. Last month, we inaugurated our new patient tower with a series of open houses during the weekend of July 12, when we dedicated the building. The big day came the following Saturday as a cadre of associates, physicians and volunteers assisted in moving and admitting patients to the new clinical floors. We are excited about the many ways in which this new space will assist us in meeting the needs of our patients and families, as well as being a welcoming place to all who visit here.

On August 14, we will bid farewell to President David Stark, who has resigned for family reasons and will be moving back to Iowa. I am grateful to David for the ways in which he has supported a renewed focus on human ecology and spiritual care during his short tenure here. On August 17, we will welcome our interim chief executive officer, William Santulli, who serves as executive vice president and chief operating officer for Advocate Health Care. Bill comes to this interim role with a commitment to Lutheran General and its mission. He will help the executive team keep projects and initiatives moving forward while the search for a new chief executive continues.

I look forward to Bill's partnership in carrying out our commitment to being in closer communication and partnership with you, the leaders of our neighboring congregations and faith communities. It is a goal of our mission and spiritual care department to make available continuing education seminars and workshops that will assist you in your daily ministry. We've scheduled the first one for Oct. 30 from 9 a.m. to 2 p.m. to explore pastoral care for persons experiencing depression. You'll receive more information soon. I hope you'll join us.

If you have suggestions for particular topics that you would like us to address, please send them to me at LGH-Mission-SpiritualCare@advocatehealth.com. I look forward to hearing from you.

With thanks to God for all you do,

*Kathie Bender Schwich*

**Rev. Kathie Bender Schwich**
Vice President
Mission and Spiritual Care

## Our Ministry of Education:

### *CPE residents extend reach of Mission & Spiritual Care department*
*By Susan Gullickson, D.Min., Chaplain/CPE Supervisor*



Six Clinical Pastoral Education CPE residents will complete their year-long program on Aug.28. A highlight of their curriculum is the series of integrative projects they designed and brought to fruition this year.

The Rev.Marilyn Barnes, an African Methodist Episcopal minister, conceived of promoting an ICE (In Case of Emergency) initiative in the local high schools and churches. Her promotion of this important contact information being entered into cell phones came as a result of the number of emergency room patients with whom the Rev. Barnes worked, who had no personal contact information with them.

Joel Borreo, his position a partnership between Advocate Lutheran General and Rainbow Hospice, took an interest in spiritual care of persons with dementia. In a project which spanned the entire year, Joel, an Episcopalian, combined his experience visiting clients with dementia with his extensive reading in the current literature to develop recommendations for spiritual care of these individuals.

The Rev. Christine Hoffmeyer, a United Methodist with 27 years in parish ministry, focused on spiritual needs of people who have had a stroke. Along with her review of the literature, Pastor Hoffmeyer interviewed speech therapists, chaplains, neuro-psychologists and occupational therapists to discover whether particular faith-based approaches might contribute to rehabilitation. She explored the use of physical movements, repetitive chanting, or "whole language" using signing, as spiritual disciplines to aid in one's recovery.

In her position created through a partnership with Lutheran Social Services of Illinois, Advocate Lutheran General Hospital and St. Matthew Center for Health, Heather Simpson, a seminary trained member of the Evangelical Lutheran Church in America, focused on leading lectionary-based Bible studies with the elderly. With a teacher's eye to differentiated learning, she experimented with formats that would work best in a long-term care setting. Her large-print handout, questions with printed multiple-choice answers and easy-turn pages, provide a format that maximizes the engagement of the 15 "regulars."

The Rev. Colin Eversman, a Presbyterian Church (USA) minister, built on years of group experience with youth and young adults with his year-long project focusing on small group dynamics. He has compiled a handbook of approaches to working with small spirituality groups, particularly in an inpatient setting. Currently, he is extending his interest to the exploration of the impact and meaning of non-verbal communications in groups.

The Rev.Claire Marich, an ordained deacon in the United Methodist Church, took a particular interest in learning more about the identification and treatment of addictions, spending a week-long "internship" at the Advocate Addiction Treatment Center, 701 Lee Street, Des Plaines, treatment program. Inspired by what she learned, she brought two of their speakers to provide a continuing education inservice for the chaplains, ethicists and music therapists in our mission and spiritual care department.

New CPE residents will join our team beginning Sept. 1. If you are interested in collaborating with one of them on a practical research project, or would like contact information to follow-up on one of the current residents' projects, please contact Joseph Tamborini Czolgosz, manager of CPE, at 847-723-6395, or joseph.czolgosz@advocatehealth.com.

EXHIBIT 10



# CRAIN'S DETROIT BUSINESS

**Detroit and Southeast Michigan's premier business news and information website**

---

Originally Published: October 28, 2009 4:06 PM  **Modified: October 28, 2009 6:04 PM**

# Tony Armada to resign as president and CEO at Henry Ford Hospital

By Jay Greene

Tony Armada, president and CEO of **Henry Ford Hospital and Health Network**, Detroit, is resigning Nov. 20 to become president of **Advocate Lutheran General Hospital** in Park Ridge, Ill., according a statement today by **Henry Ford Health System**.

"Tony has been a great asset to Henry Ford for the last five years and has been a major force in all of our significant improvement initiatives — from quality and access to growth and patient satisfaction," said Bob Riney, Henry Ford's executive vice president and COO, in an internal memo.

Advocate Lutheran General Hospital, a 492-bed hospital, is part of 11-hospital **Advocate Health Care**.

At Henry Ford, Armada oversaw an 802-bed hospital and a network of 27 medical centers.

Riney cited several milestones during Armada's five-year tenure, including the addition of two floors to Henry Ford Hospital's west pavilion.

"Tony made staff engagement a priority from day one and connected with staff on all three shifts on a regular basis, hosted town halls and even was known to sing at Campus Idol," Riney said.

Riney said he is in the process of developing an interim organizational structure that will be completed next week.

Armada earned his bachelor's degree in medical technology from **Michigan State University** in 1982 and a dual master's degree in hospital and business administration from **Xavier University** in Ohio in 1988.

He is a fellow of the **American College of Healthcare Executives** and a member of the **Healthcare Executive Study Society**.

# Modern Healthcare

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers **here** or use the "Reprints" link that appears next to any article. Visit **modernhealthcare.com/reprints** for additional information.

## Swedish Health names Armada CEO

By **Gregg Blesch**  |  October 2, 2013

Armada

Anthony "Tony" Armada is leaving Advocate Lutheran General Hospital in suburban Chicago to become CEO of Swedish Health Services, the largest health system in Seattle.

Armada has been president of Advocate Health's Park Ridge, Ill., teaching hospital since 2009, joining the Chicago area's largest **system**[1] from Henry Ford Hospital and Health Network, where he had been president and CEO since 2004.

At Swedish, he succeeds interim CEO Marcel Loh, who stepped in after Kevin Brown left to become president and CEO of Atlanta-based Piedmont Healthcare.

Armada's age was not available at deadline.

Swedish is a **not-for-profit**[2] health system with more than 1,000 staffed beds across the five campuses of Swedish Medical Center, as well as a medical group with more than 100 primary-care and specialty clinics.

"Tony Armada brings an impressive record of leading large, diverse and innovative healthcare systems focused on patient safety and care quality," Swedish Community Board Chair Nancy Auer said in a news release.

In 2007 Armada was the inaugural chairman of the Asian Health Care Leaders Association, and he is a past chairman of the American Hospital Association's Institute for Diversity in Health Management. He was twice named to Modern Healthcare's list of the Top 25 Minority Executives in Healthcare.

In 2012, the system formed an affiliation with Providence Health & Services, a Roman Catholic system based in Renton, Wash., that operates about 30 hospitals in the western U.S. Swedish remains secular, though its financial results are now reported as a market of Providence.

*Follow Gregg Blesch on Twitter: @MHgblesch[3]*

Tags: **Executives**, **Hospitals**, **Management**, **Not-For-Profit**, **Systems**

## Article links

1. /section/articles?tagID=47
2. /section/articles?tagID=934
3. https://twitter.com/MHgblesch

Copyright © 1996-2016 **Crain Communications, Inc.**