# EXHIBIT 11

```
 1   STATE OF ILLINOIS )
                       )  SS:
 2   COUNTY OF C O O K )

 3          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
     PEOPLE OF THE STATE
 5   OF ILLINOIS,              )
                               )
 6               Plaintiff,    )
                               )
 7      vs.                    )   09 C2 20073
                               )
 8                             )
                               )
 9   PRABHJOT UPPAL,           )
                               )
10               Defendant.    )

11

12               REPORT OF PROCEEDINGS had at the hearing in

13   the above-entitled cause before the HONORABLE LARRY G.

14   AXELROOD, Judge of said court, on the 3rd day of

15   November, 2009.

16   PRESENT:

17       HON. ANITA M. ALVAREZ,
         STATE'S ATTORNEY OF COOK COUNTY, by
18       MS. CATHERINE T. CROWLEY,
         Assistant State's Attorney,
19           Appeared on behalf of the Plaintiff;

20
         MR. RALPH E. MECZYK,
21       Private Defense Attorney,
             Appeared on behalf of the defendant.
22

23
     Barbara Liberko, Official Court Reporter
24   License No. 084-001023

                             1
```

1    THE COURT:  Your client's name is Uppal?

2    MR. MECZYK:  It's Uppal, your Honor, U P P A L.

3 May it please the Court, good morning, your Honor.  I'm

4 Ralph Meczyk for Julie Uppal.  Your Honor, I've spoken

5 to Ms. Uppal about her case.  Respectfully, she would

6 ask you participate in a pretrial conference.

7    THE COURT:  Young lady, your attorney has asked

8 that I participate in a 402 conference; that's a

9 conference between your attorney, the state's attorney

10 and the Court.  I will hear the facts and circumstances

11 surrounding this case; I'd also learn about you,

12 whether or not you have any prior criminal history, if

13 you have problems with drugs or alcohol, your family

14 history, educational background, medical history,

15 anything that your side believes would be relevant for

16 me to consider in determining what an appropriate

17 sentence would be in exchange for a plea of guilty to

18 one or more of these counts.  At the conclusion of the

19 conference, I will tell Mr. Meczyk what the appropriate

20 sentence would be.  After you've had an opportunity to

21 discuss it with him, you will make a decision: either

22 accept what I recommend, plead guilty and receive that

23 sentence today, or you may reject it and have a trial.

24 But the fact that I participate in the 402 conference

2

1   would not be grounds to have me removed as the trial

2   judge in your case.  Do you understand what a 402

3   conference is?

4       THE DEFENDANT:  Yes.

5       THE COURT:  Would you like me to participate in

6   one?

7       THE DEFENDANT:  Please.

8       THE COURT:  Mr. Meczyk, we're going to do that

9   shortly.

10      MR. MECZYK:.  Thank you very much, your Honor.

11      THE COURT:  Recess for conferences.

12              (Whereupon, the above-entitled cause was

13              passed and later recalled.)

14              * * * *

15      THE COURT:  Uppal.

16      MR. MECZYK:  Ralph Meczyk.  She was here this

17  morning, as you well know, your Honor, and I can't

18  locate her anymore.

19      THE COURT:  Did you have an opportunity to again

20  discuss the results of the 402 conference?

21      MR. MECZYK:  I have not.

22      THE COURT:  Bond forfeiture warrant, no bail.

23  Mr. Meczyk, I'm going to give it a date, it has to be

24  more than 30 days for the judgment on it.  So, today

3



1   being the 3rd, we're looking at first week of December.

2   Would the 8th, 9th, or 10th be a good day?

3        MR. MECZYK:  Whatever is convenient for the Court.

4   If I find her, I'll surrender her.

5        THE COURT:  We'll do it then on the 7th.  Is that

6   a good day, Monday the 7th?

7        MR. MECZYK:  It is.

8        MS. CROWLEY:  If you could just reflect, the state

9   answers ready for trial.

10       MR. MECZYK:  Your Honor, thank you and the

11  prosecutor for participating in the conference; I

12  appreciate it.  Sorry to waste your time.

13       THE COURT:  No, no, not a waste of time.

14       MS. CROWLEY:  Just for the record, counsel has

15  tried all phone numbers.

16       MR. MECZYK:  Okay.

17           (Which were all the proceedings had.)

18

19

20

21

22

23

24

                              4

```
 1    STATE OF ILLINOIS )
                        )  SS:
 2    COUNTY OF C O O K )

 3         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
      THE PEOPLE OF THE STATE     )
 5    OF ILLINOIS,                )
                                  )
 6              Plaintiff,        )
                                  )
 7        vs.                     )   09 C 220073
                                  )
 8                                )
                                  )
 9    PRABHJOT UPPAL,             )   Judge LARRY G. AXELROOD,
                                  )   November 3, 2009
10              Defendant.        )   1:30 o'clock P.M.

11


12
      PRESENT:
13
      HONORABLE ANITA M. ALVAREZ,
14    STATE'S ATTORNEY OF COOK COUNTY, by:
      CATHERINE T. CROWLEY,
15    ASSISTANT STATE'S ATTORNEYS,
           appeared on behalf of the People;
16

17    MS. JOSHUA ADAMS, PRIVATE DEFENSE ATTORNEY,
           appeared on behalf of the Defendant.
18

19

20

21

22

23

24    Barbara Liberko; Official Court Reporter
      License No. 084-001023.
                                   5
```

1    THE COURT:  Uppal.  Good afternoon.

2    MS. ADAMS:  Good afternoon, your Honor.  Joshua

3    Adams standing in for Ralph Metzyk on behalf of Jodie

4    Uppal who is present and before the Court.

5    THE COURT:  This is a case that was set for trial

6    this morning, a conference was had; and Ms. Uppal left.

7    A warrant was issued.  You want to be heard as to, I

8    imagine you have a motion to vacate the bond forfeiture

9    and asking to quash and recall the warrant?

10    MS. ADAMS:  Yes, your Honor.

11    THE COURT:  You may be heard.

12    MS. ADAMS:  Our motion, respectfully, of this

13    honorable court is to quash the bond.  Ms. Uppal is

14    present and here in court on the day, and we ask that

15    the warrant be quashed and revoked.

16    THE COURT:  The situation is as follows, so the

17    record is clear.  We were ready for trial today.  And

18    this is not the first time that we have been in a

19    posture to proceed to get to resolution on this case.

20    There are two cases: one is an 07 CR 2129 and an

21    09 C 2 20073.

22    The difficulty in this case is that, on a

23    previous occasion when the case was prepared for trial

24    on 07 CR 2129, Ms. Uppal did certain things which

6

1    caused a second case, the '09 case, to be filed.  In

2    that case, as well as the '07, for a trial posture.  It

3    is my belief that her actions were dilatory and was an

4    attempt to defeat the Court from being able to go

5    forward to trial today, and that she absented herself

6    so that we would not be able to proceed to trial today,

7    thus inconveniencing the witnesses and disrupting the

8    Court's ability to resolve this case.  As such, I

9    believe it is not in the interest of justice to vacate

10   this bond forfeiture, and I will not quash and recall

11   the warrant.  In fact, the warrant will be executed and

12   she will be held, no bail.  So, the warrant is

13   executed, bond to stand, no bail.  What day would you

14   like to have her back?

15        MS. ADAMS:  Back for trial or for --

16        THE COURT:  If you want an interim -- Would you

17   like an interim status date?

18        MS. ADAMS:  Interim status date.  Can we have a

19   short interim status date?

20        THE COURT:  You can have any date you'd like.

21   I'll strike the judgment date?

22        DEFENSE:  Can we get a date a week out, your

23   Honor?

24        THE COURT:  Today is the 3rd.  Are you asking

7

1   for --

2         MS. ADAMS:  The 10th, your Honor.

3         THE COURT:  Let me see if that's a court date.  In

4   fact, it is.  Okay, motion defendant 11-10 for status.

5   Do you have any other any requests of the Court?

6         MS. ADAMS:  A BCX, your Honor.

7         THE DEFENDANT:  Your Honor, they told me there was

8   no trial today.

9         THE COURT:  Would you like a longer date for the

10  BCX or do you want to order the BCX and have her back

11  on the 10th, knowing there's a chance it won't be done

12  by then?

13        MS. ADAMS:  Yes.

14        THE COURT:  What we'll do is, we will motion

15  defendant 11-10, and you'll prepare an order, a BCX

16  packet, and I'll sign that order.  So 11-10 for BCX.

17        (Which were all the proceedings had.)

18

19

20

21

22

23

24

8

# EXHIBIT 12

Print                                                                                              Close

# RE:

From: **Vargish, Thomas** (varth@sinai.org)
Sent: Wed 10/10/07 1:03 PM
To: Prabhjot Uppal (prabhjot_uppal@hotmail.com)

DR. Gall is stepping down as Chairman in December but will stay one for 12 months to assist the new Chairman. I don't know about the list of others. tv

_____

From: Prabhjot Uppal [mailto:prabhjot_uppal@hotmail.com]
Sent: Wed 10/10/2007 1:58 AM
To: Vargish, Thomas
Subject:


Dr V

Is Dr Gall still the chairman? I know that Dr Ramadan left and attached is a list on the RFU clinics website of doctors leaving, basically everyone there I knew and Gall is on the list.

What do I tell the doctors at the interview if they need to talk to Dr Gall or someone at school?

Jody

_____

Climb to the top of the charts! Play Star Shuffle: the word scramble challenge with star power. Play Now! <http://club.live.com/star_shuffle.aspx?icid=starshuffle_wlmailtextlink_oct>

# Re: Important question

From: **Gall, Eric P - (egall)** (EGall@arthritis.arizona.edu)
Sent: Thu 5/21/15 9:57 AM
To: Jody Uppal (jodyuppal@hotmail.com)


I never planned to leave in 2007. I left in Jan 2010 - last day Dec 31 2009. I am Emeritus Professor there.

Sent from my iPhone
Eric P Gall MD
egall@aol.com
1-630-843-1966

> On May 21, 2015, at 6:58 AM, Jody Uppal <jodyuppal@hotmail.com> wrote:
>
> Hi Dr G
>
> I can't get into explaining right now why I'm asking this.
>
> But I have an email from Dr V that you were going to leave CMS in 2007 and stay on for 12 months to transition next chairman. Obviously these things were resisted but I need to know what year ultimately you left. Was it in 2010 or after?
>
> It's important and I will come back to you to explain later I'm pressed for time.
>
> Thanks
>
> Jody
>
> Sent from my iPhone

# EXHIBIT 13

Visiting Medical Students

Affiliation Agreement Tracking

6/25/2015

| LCME / COCA Approved Medical Schools | Approved Agreement YES / NO | Approved Agreement / Approval Date | Annual Auto-Renewal | Expiration Date (if applicable) | Termination Date (if applicable) | Full- any elective or Limited - low risk electives only Agreement | Liability Coverage Provided by School or Student |
|---|---|---|---|---|---|---|---|
| **US / Puerto Rico** | | | | | | | |
| Albany Medical College | YES | 08/14/12 | No | 08/13/16 | | Full | School |
| Albert Einstein College of Medicine of Yeshiva University | YES | 12/03/08 | Yes | | | Full | School |
| Baylor College of Medicine | YES | 05/31/12 | Yes | | | Full | School |
| Boston University School of Medicine | YES | 04/15/13 | Yes | | | Full | School |
| Brody School of Medicine at East Carolina University | YES | 06/06/08 | Yes | | | Full | School |
| Case Western Reserve University School of Medicine | YES | 02/12/09 | Yes | | | Full | School |
| Central Michigan University College of Medicine | No | | | | | | |
| Charles E Schmit College of Medicine @ Florida Atlantic University | YES | 05/01/14 | | | | Full | School |
| Chicago Medical School at Rosalind Franklin University of Medicine and Science | YES | 03/31/10 | Yes | | | Full | School |
| Columbia University College of Physicians and Surgeons | YES | 05/31/12 | Yes | | | Full | |
| Commonwealth Medical College (Pennsylvania) | YES | 04/09/13 | Yes | | | Full | School |
| Cooper Medical School of Rowan University (New Jersey) | No | | | | | | |
| Creighton University School of Medicine | YES | 04/06/09 | Yes | | | Full | School |
| David Geffen School of Medicine @ University of California Los Angeles | YES | 08/24/09 | Yes | | | Full | School |
| Drexel University College of Medicine | YES | 07/26/09 | Yes | | | Full | School |
| East Tennessee State University, James H Quillen College of Medicine | No | | | | | | |
| Eastern Virginia Medical School | YES | 10/20/08 | Yes | | | Full | School |
| Emory University School of Medicine | YES | 03/20/15 | Yes | | | Full | School |

# EXHIBIT 14





# CHICAGO MEDICAL SCHOOL

C O N N E C T   W I T H   C M S

 

# Department History

## Additional Navigation

BIOCHEMISTRY & MOLECULAR BIOLOGY

CELL BIOLOGY & ANATOMY

CELLULAR & MOLECULAR PHARMACOLOGY

MICROBIOLOGY & IMMUNOLOGY

NEUROSCIENCE

PHYSIOLOGY & BIOPHYSICS

ANESTHESIOLOGY

EMERGENCY MEDICINE

FAMILY MEDICINE

MEDICINE

OBSTETRICS & GYNECOLOGY

PATHOLOGY

 

became Chief of Surgery at Mt. Sinai in addition to School Department Chair, positions he held until his death in 2000.

Following the death of Dr Schumer, Michael J. Zdon, M.D. assumed the position of Acting Chair until the recruitment of Joseph LoCicero, M.D. by Mt. Sinai and the Medical School . Following a period of 18 months Dr LoCicero accepted the Chair at the University of Alabama, Birmingham. After another period of Acting Chair by Dr. Zdon, Thomas Vargish, M.D. was recruited as the Chief of Surgery at Mt Sinai Hospital and Interim Chair of the Department of Surgery at Chicago Medical School, positions which he held until retirement in 2011. In 2004, the University was renamed the Rosalind Franklin University of Medicine and Science. The North Chicago Campus has expanded and currently contains not only the Chicago Medical School but also the School of Related Health Sciences, The School of Graduate and Postgraduate Studies, as well as the Scholl School of Podiatry. In 2011, the Medical School entered into and agreement with Advocate Lutheran General Hospital to become its principal clinical affiliate. At that time, John White, M.D.,Chair of Surgery at Lutheran General, assumed the Chair position at the School.





> Internal Medicine Residency Program

# Internal Medicine Residency Program

Internal Medicine Residency Program

Goals and Background

Program Highlights

Divisions

Faculty

Current Residents

Social Life

FAQ

Living in Chicago

How to Apply

**Message from the Chairman, Harry Ginsberg, MD**

Welcome to the Department of Medicine at Mount Sinai Hospital in Chicago. Our department is committed to excellence in medical education, clinical "patient-centered' service and clinical research. In keeping with Sinai's mission of improving the health of the individuals and communities we serve, the Department of Medicine teaches evidence-based medicine with an emphasis on bed-side medicine. Faculty members are selected for their dedication to medical education as well as for their clinical and academic excellence.



Our department is diverse in activities, skills and interests. However, we are united by the mission of advancing patient care for our urban population through education, clinical research and clinical service as well as our unwavering belief that a strong foundation in Internal Medicine is essential for the successful practice of all medical subspecialties.

## Message from the Program Director, May Lee, MD



Thank you for your interest in our Internal Medicine Residency Program at Mount Sinai Hospital.

Mount Sinai Hospital is an urban teaching hospital serving a diverse patient population. Our residents provide vital clinical services to the community while participating in an educational program that encourages progressive independence in a clinically rich academic environment.

Our educational emphasis focuses on evidence-based medicine, clinical problem solving, cognitive enhancement, clinical skills, independence in thought and action, and superb clinical experiences. This includes outpatient experiences that incorporate private practice with participation in a Federally Qualified Community Health Center.

Mount Sinai Hospital has a long history of involvement in graduate medical education and offers accredited residencies in internal medicine, family medicine, general surgery, pediatrics, obstetrics and gynecology, podiatry, and physical medicine and rehabilitation. This enhances the opportunities to work with a variety of other physicians in training.

Internal Medicine Residency Program was a major teaching component of the Rosalind Franklin University of Health and Science till 2011. From the academic year of 2013, we have been an independent residency program.

We foster a sense of community among our residents and faculty and celebrate the diversity of our physicians and the patients we serve. We encourage you to join our learning community if you are interested in a program of service, academic excellence, progressive responsibility and preparation for internal medicine or its subspecialties.

CSH



# College of Science and Health

Created in 2011 as a response to the nation's growing demands for science and health professionals, the College of Science and Health provides students with innovative, science-based curricula with a strong liberal arts foundation. Our departments represent the natural sciences, mathematics, psychology, nursing and health science, each of which is committed to providing the highest quality education. The College of Science and Health educates students with a strong Vincentian commitment to social justice and civic engagement. The college provides mathematical and scientific education/literacy for all undergraduate students within the university and participates in all aspects of DePaul's distinctive Liberal Studies Program.

## A New Approach to Health Education

"Our alliance with Rosalind Franklin University of Medicine and Science opens new doors..." Go to the Alliance website

## Pathways Honors Program

Pathways Honors is a selective cohort-based program designed for highly qualified and motivated pre-professional students pursuing a health career. It was designed in partnership with Rosalind Franklin University of Medicine and Science. Pathways Honors Students receive graduate-level advising/mentoring, exposure to the health care practice from a professional perspective, and unique summer research opportunities. Learn more

## Faculty & Student Research

Many of the college's full-time faculty are engaged in active scholarly projects, many of which provide first-hand research experiences for graduate and undergraduate students.

Read about research in the College of Science and Health.

## Upcoming Events

**Chemistry Tutoring**                                    Jan 19 1pm - Mar 10

**Darwin Day Celebration**                                    Feb 12 1pm

**Career 101 for Biology Students**                         Feb 25 2:30pm

## Centers & Institutes

The College of Science and Health has five Centers & Institutes. The STEM Center, the Quantitative Reasoning Center, the Center for Community Research, DePaul Family and Community Services, and the Institute for Nature and Culture.

Learn More

 

## College of Science and Health

1 E. Jackson
Chicago, IL 60604
(312) 362-8000
admission@depaul.edu

© 2001-2016 DePaul University | Disclaimer | Contact Us | Emergency Plan | Consumer Information | Privacy Statement

Editor Login

# EXHIBIT 15

STATE OF ILLINOIS   )
                        ) SS
COUNTY OF COOK     )

### IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS  )
                                      )
      **v.**                              )   No.  10 CR
                                        )
JODY UPPAL                   )

### MOTION FOR DISCOVERY

Now comes the defendant, **JODY UPPAL**, by her attorney, STUART V. GOLDBERG, and moves this Honorable Court for an order to be entered upon the State's Attorney to disclose and produce certain evidence which is essential and material to the preparation of the defense.

The defendant requests that such disclosure and production include, but not be limited to, the following:

1.  A Bill of Particulars containing:

    a.  The exact time and date of the occurrence;

    b.  The exact street address and a physical description of the location of the occurrence.

    c.  *The telephonic conversation recorded by Dr. Bovis of his conservation with the Defendant, Jody Uppal.*

    d.  *Specifically including the Federal EEOC investigative report concerning such alleged nonconsensual Dr. Bovis recording.*

    e.  *Dr. Bovis' phone records of January 2009 concerning alleged telephonic communications with the Defendant, Jody Uppal.*

2. A List of Witnesses whom the prosecution may or may not call as witnesses and their addresses, including production of the following:

    a. Any written or recorded statements by the witnesses, including written or recorded statements of police officers;

    b. Any memoranda reporting or summarizing oral statements made by such witnesses.

3. A List of Witnesses that the State may or may not call who were present at the scene of the alleged offense, who were present at the time of the arrest of the defendant, and their last known addresses and telephone numbers.

4. Any written or recorded statements and the substance of any oral statements made by the defendant, co-defendant or co-indictee, and include:

    a. A list of witnesses to the making and acknowledgement of such statements;

    b. The time, place and date of the making of such statements;

    c. Any written or recorded memoranda containing the substance of oral statements.

5. Any transcript of the Grand Jury Minutes containing testimony of the accused and testimony before the Grand Jury of those witnesses who may be called to testify at trial. This is to include any transcription made of the witnesses' testimony that may be favorable to the defense.

6. A list of all physical property that the State intends to use at the time of trial including:

    a. A list of all physical property in the possession of law enforcement officials in connection with the instant case;

    b. Date and time the property was acquired;

    c. Location from which property was acquired;

    d. What person/s initially took the property into police possession;

    e. Reports made by law enforcement authorities pertaining to this property, including scientific reports, etc.;

f. That such property be made available to the defense for inspection prior to trial.

7. Any reports or statements of experts made in connection with the particular case, including the results of physical or mental examinations and/or scientific tests, experiments and comparisons, and a statement of qualifications of the expert.

8. Any books, papers, documents, photographs and tangible objects which the prosecution intends to use in the hearing or trial and/or which were obtained from or belong to the accused or co-defendants.

9. Prior criminal records of State's witnesses to be used for impeachment.

10. It is further requested that the Prosecution disclose whether there is pending against any witness listed in paragraph (2) supra, any criminal or civil action involving the People of the State of Illinois or any such action pending during the pendency of the prosecution of the accused, and if so, full disclosure as to the nature and outcome of such legal action.

11. Whether the prosecution intends to use certified copies of convictions of the accused for purposes of impeachment during trial and the time and jurisdiction of such convictions.

12. That the prosecution disclose whether it will rely on prior acts or convictions of a similar nature for proof of knowledge, intent, or motive.

13. That the State provide defense counsel with the names and addresses of the witnesses they intend to call at the time of trial for identification of the defendant as the perpetrator of the crime including:

    a. Time, date and place of identification;

    b. If photographic identification was used, production of any photo used, whether of defendant or of another person;

    c. All persons present at such viewing;

    d. Any pictures taken of the line-up;

    e. Names and addresses of any individuals who confronted the accused and made no identification or identified him/her in relation to other crimes.

14. That the prosecution inform counsel for the accused as to whether any person has identified anyone other than the accused as the perpetrator or participant in the offense charged.

3

15. That the prosecution inform counsel for the accused as to whether any person has identified the photograph of anyone other than the accused as the perpetrator or participant in the offense charged.

16. To supply any reports and/or results of any and all scientific tests, experiments and examinations made by experts or persons and the names of such persons who conducted the tests (including such tests as ballistics, fingerprints, blood, semen and other stains) pertinent to the case.

17. That the prosecution shall inform defense counsel of any electronic surveillance (including wire-tapping) of the defendant's premises, or conversations to which the accused was a party, or any electronic surveillance that the State intends to use for prosecution of a conspiracy.

18. That the prosecution inform defense counsel whether any evidence was acquired as a result of the execution of any legal process. If so, a copy of the process to be supplied to the defense for the purpose of inspection.

19. That the prosecution disclose to the defense the names and addresses or any witnesses who may be favorable to the defense. These witnesses must be clearly and separately identified on the List of Witnesses. The same disclosure is requested of any physical evidence of scientific evidence that might be favorable to the defense. Any and all material or information within the possession or control of the prosecution which tends to negate the guilt of the accused as to the offense charged or would tend to reduce his punishment.

20. In the event an anonymous informant is utilized in any fashion, that the Court compel production of the informant in camera for the purpose of determining compliance with fundamental and procedural due process of any prior determination of probable cause by examination of said informant.

21. To provide to defendant not less than seven (7) days before the date set for the hearing or trial, or at such other time as the Court may direct, the names and addresses or witnesses the State intends to call in rebuttal, together with the information required to be disclosed in connection with other witnesses, and a specific statement as to the substance of the testimony such witnesses will give at the trial.

22. That pursuant to Supreme Court Rule 415(b), an order be entered upon the People to, from time to time, make such amendments to their answer as may be required by new or modified information in their possession, knowledge or control.

WHEREFORE, defendant requests this Honorable Court pursuant to Ill. Supreme Court rule 412 and the Constitution of the United States Amendments Six and Fourteen, and the Constitution of Illinois, Article 1, Section 8, to enter an order requiring the prosecution to fulfill the aforesaid requests at the earliest time possible.

**Respectfully submitted,**

Stuart V. Goldberg
**Attorney at Law**
#50849

**GOLDBERG CRIMINAL DEFENSE**
**980 N. Michigan Avenue # Suite 1400**
**Chicago, Illinois 60611**
**(773) 327-9400**

STATE OF ILLINOIS     )
                           )    SS
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

FILED
02-206
14 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | Case No.  09C2-20073 |
| | ) | |
| Prabhjot Uppal | ) | |
| Defendant(s) | ) | |

## EMERGENCY MOTION TO REVOKE OR IN THE ALTERNATIVE INCREASE BOND

NOW COME the People of the State of Illinois, by and through their Attorney, State's Attorney, ANITA ALVAREZ, through her assistant, Michele Gemskie, and move that this Honorable Court revoke the defendant's bond, or in the alternative, increase defendant's bond.

In support thereof, the People state that:

1.     Defendant, Prabhjot Uppal, pled guilty to Harassment of a Witness on January 19, 2010, and Judge Larry Axelrood sentenced her to 24 months felony probation with mental health counseling.

2.     Defendant is alleged to have violated her probation by committing a new felony offense of Threatening a Public Official et al that is pending before Judge Obbish at 2650 S. California, Room 706. Defendant is alleged to have threatened, amongst others, Rahn Emmanuel, Judge Axelrood, and her attorney Ralph Meczyk.  As the new case involved threatening Judge Axelrood defendant's felony probation was transferred to Courtroom 206 before the Honorable Garritt Howard.

3.     On January 3, 2011, the Honorable Judge Garritt Howard admonished defendant that as a condition of him releasing defendant on bond she was to have "absolutely no contact with any of the witnesses involved in any of these cases.  Any contact whatsoever has to be done through your attorney.  You are not allowed to call them, text them, send them e-mail to anyone in this case in any manner, shape, or form. That includes me. That includes the attorneys, and that includes any of the witnesses or alleged victims on these cases. Any contact has to be done through your lawyer."  Defendant acknowledged that she understood and agreed to abide by the order. Judge Howard went further and stated "I will make it very simple for you. If you violate that order, you are back in custody. It's as simple as that." *See* Exhibit A.

4.     During the afternoon of Thursday, September 8, 2011, defendant called the office of Ralph Meczyk.  An employee, Robert White, answered the phone.  Defendant asked for Ralph. and stated that he has records of hers that she wants back.  When Mr. White asked who was calling defendant identified herself as Jody Uppal.

5.      Judge Howard could not have been more clear that defendant's conduct would not be tolerated.  Defendant's bond should be revoked as she ignored the Court's admonishment and violated the order.

WHEREFORE, the People pray that this Honorable Court revoke defendant's bond or, in the alternative, increase defendant's bond.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: _____

Michele Gemskie
Assistant State's Attorney

# EXHIBIT 16



# DePaul UNIVERSITY

Office of Public Relations
and Communications
1 E. Jackson Blvd.
Chicago, IL 60604
(312) 362-8591

Print Page | Close Window



October 3, 2012

**DePaul University and Rosalind Franklin University of Medicine and Science Establish Alliance to Address Growing Need for Health Care Professionals**

DePaul University and Rosalind Franklin University of Medicine and Science are establishing a unique, wide-ranging alliance to help address the expanding need for health care professionals prepared to meet the challenges of an increasingly collaborative and rapidly evolving field.

The Alliance for Health Sciences is designed to:

- establish curricular pathways for DePaul students to graduate professional degree programs at Rosalind Franklin;
- expand and strengthen academic programs at both schools;
- foster collaboration between faculties of the two institutions; and
- create additional research opportunities for students.

According to U.S. Bureau of Labor Statistics reports, the nation is facing an increasing shortage of all types of health care professionals, including physicians, nurses, pharmacists, therapists, nutritionists and podiatric physicians, most of which are expected to have employment growth ranging from 20 to 30 percent over the next decade. Six of the 10 fastest-growing professions are expected to be in the medical field, according to bureau reports.

There also is a need for health care practitioners in different specialties to work with each other on health care teams. According to a landmark 2001 report by the Institute of Medicine, such collaborative care significantly decreases errors and improves patient outcomes. Through the alliance, DePaul will integrate its interdisciplinary liberal studies programs to align and support requirements for Rosalind Franklin's inter-professional education programs, which prepare students for the shared practice model that will be the norm in the future.

"The United States is facing a dramatic need for highly skilled health care professionals to meet the demands created by dramatic demographic shifts in society," said the Rev. Dennis H. Holtschneider, C.M., DePaul's president. "DePaul is excited by the opportunities this Alliance with Rosalind Franklin University will afford our students and the larger DePaul community to expand health education. It also will offer us another avenue to better serve the Chicago community."

Dr. K. Michael Welch, president and CEO of Rosalind Franklin University, added, "As health care delivery changes in the coming years, it is critical that we prepare students today for what we know will be tomorrow's health care needs. Together, DePaul and Rosalind Franklin will offer one of the widest arrays of health science programs among private universities in the Midwest."

Case: 1:15-cv-08077 Document 37-2 Filed: 01/25/16 Page 33 of 39 PageID #:704

For DePaul students, the Alliance will uniquely provide exposure to and advising on Rosalind Franklin's graduate and professional level health programs via curricular pathways, enhanced academic options, faculty collaboration and joint research. It provides hands-on educational experiences from the freshman year through completion of a professional degree.

The universities will collaborate to develop innovative, rigorous curricula that will benefit DePaul undergraduates pursuing health careers by preparing them for highly competitive professional programs and grounding them in the cross-disciplinary knowledge and broader perspectives on health required for success in today's health care environment.

An early admission pathway will streamline qualified students' progress through undergraduate programs at DePaul into the highly competitive master's and doctoral programs at Rosalind Franklin, including: medicine, pharmacy, pathologist's assistant, podiatric medicine, physician assistant and physical therapy. Together, the two schools will seamlessly integrate a strong undergraduate and liberal studies foundation, contemporary professional health education, and state-of-the-art health and medical training facilities. Students enrolled in the jointly developed curricular programs may benefit from reducing, by one year, the overall time required to complete their professional degrees.

As part of the agreement, DePaul hopes to expand its successful master's entry into nursing program at the Rosalind Franklin campus in North Chicago. The program admits those with either science or non-science bachelor's degrees, providing them with an accelerated path to becoming a registered nurse. Rosalind Franklin University will soon break ground on a new 53,000-square-foot education facility to accommodate this program and others with increasing enrollments.

"There's a natural fit between DePaul and Rosalind Franklin," said Dr. Wendy Rheault, vice president of academic affairs at Rosalind Franklin. "Both have growing enrollments, top-notch science and health facilities and well-established commitments to community needs."

In recent years, DePaul also has expanded its education programs in the sciences, establishing the College of Science and Health and building two new state-of-the-art facilities exclusively dedicated to science instruction. It currently has more than 3,200 students enrolled at its College of Science and Health, and its recently established multidisciplinary health sciences degree is the University's fastest- growing undergraduate program with more than 440 students.

"DePaul students will meet regularly with faculty and staff from Rosalind Franklin, a rare benefit for undergraduates in pre-professional programs," said Patricia O'Donoghue, DePaul's interim provost. "They'll get academic and career advice from medical professionals and gain contacts who will give them an advantage as they apply to graduate health programs. They'll be prepared for the intensity of graduate study and gain first-hand experience in Rosalind Franklin's classrooms and laboratories."

The schools also will create a joint competitive research fund that will provide seed money for new areas of exploration. Those projects are expected to help secure external research grants from federal, state and local governments and private foundations.

**About DePaul University**

With more than 25,000 students, DePaul is the largest Catholic university in the United States and the largest private, nonprofit university in the Midwest. The university offers approximately 275 graduate and undergraduate programs of study on three Chicago and three suburban campuses. Founded in 1898, DePaul remains committed to providing a quality education

through personal attention to students from a wide range of backgrounds. For more information, visit www.depaul.edu.

**About Rosalind Franklin University of Medicine and Science**


Formed in 1912 as the Chicago Hospital-College of Medicine, Rosalind Franklin University of Medicine and Science is a national leader in interprofessional medical and healthcare education, offering a doctor of medicine program through the Chicago Medical School, doctor of podiatric medicine program through the Dr. William M. Scholl College of Podiatric Medicine, and a range of degrees through its College of Health Professions, including nurse anesthesia, nutrition, physical therapy, pathologists' assistant and physician assistant, and a doctor of pharmacy through its College of Pharmacy that welcomed its first class in August 2011. The University also offers advanced biomedical degrees through the School of Graduate and Postdoctoral Studies. For more information, please visit www.rosalindfranklin.edu.

**Media Contact:**
DePaul University
Office of Public Relations and Communications
newsroom@depaul.edu
(312) 362-8591

# NEW YORK MEDICAL COLLEGE

A MEMBER OF THE TOURO COLLEGE AND UNIVERSITY SYSTEM

## Press Releases

**COLLEGE NAMES TOMKOWIAK AS VICE DEAN FOR MEDICAL EDUCATION**

**Valhalla, N.Y., October 12, 2012 –** John Tomkowiak, M.D., M.O.L., has been appointed vice dean for medical education at New York Medical College and director for interprofessional education development of Touro College and University. He will start his new position on October 12.

Most recently, Dr. Tomkowiak was the associate dean of medical affairs at Chicago Medical School at Rosalind Franklin University in Chicago. He held a faculty appointment as associate professor in the Department of Psychiatry and Behavioral Sciences, where he served as vice chair for undergraduate medical education. For more than five years he served as the associate dean for curriculum, and was acting dean of the medical school during 2010-2011. Prior to his tenure at Rosalind Franklin, he served on the faculty of Florida State University College of Medicine, where he was associate professor of psychiatry and behavioral science.

Edward C. Halperin, M.D., M.A., chancellor for health affairs and chief executive officer, said: "Dr. Gladys Ayala did a masterful job chairing this search committee and I am grateful to her and the entire committee for conducting a national search and identifying outstanding candidates. Clearly, NYMC can compete nationally for the best and brightest to join our team. Dr. Tomkowiak has outstanding credentials, outstanding references, and a vision for the future of medical and interprofessional education that will move this institution forward. His appointment reinforces our organizational commitment to our students."

Dr. Tomkowiak received his B.S. from the University of Illinois, and completed his M.D. and residency training at Southern Illinois University School of Medicine. He is board certified in general psychiatry. In addition, he received his Masters of Organization Leadership from Gonzaga University in Spokane, WA.

He has won numerous awards including the Nancy C.A. Roeske, M.D. Award for Excellence in Medical Student Education; U.S. Department of Justice Award for Public Service; and the Illinois FBI National Academy Associates Citizen of the Year Award. He is a member of the Alpha Omega Alpha Honor Medical Society.

Dr. Tomkowiak and his wife Sherri, who is also a psychiatrist, have four children: Andrew, 20, Jake, 16, Luke, 12, and Alexa, 10.

**Contact: Donna Moriarty**
(914) 594-4536, donna_moriarty@nymc.edu

**New York Medical College,** a member of the Touro College and University System, is one of the nation's largest private health sciences universities with more than 1,400 students and 850 residents and fellows and nearly 3,000 faculty members. The leading academic biomedical research institution between New York City and Albany, the university manages more than $34.5 million in research and other sponsored programs, notably in the areas of cardiovascular disease, cancer, kidney disease, the neurosciences and infectious diseases. *www.nymc.edu*

©2013 NYMC, Valhalla, NY 10595 | (914) 594-4000 | Site Index | Terms & Conditions | Email | Contact NYMC

# EXHIBIT 17

(http://www.chicagotribune.com)

# Mother and daughter prosecute case together

March 19, 2013 | By Brian L. Cox, Special to the Tribune

Recommend  41    Tweet

466   G+1  0

Prosecutors tend to remember the high profile trials that grab headlines.

But for <u>retiring</u>  Cook County Assistant State's Atty. Catherine Crowley, one of her most memorable cases at the Skokie courthouse ended earlier this month with the conviction of a man for retail theft and battery.

It wasn't the defendant or his crime that made the trial so special, the veteran prosecutor said. It was her last jury trial after 28 years on the job — and the first jury trial for her daughter, Christine Hake, as a prosecutor with the Cook County States Attorney's Office.



Man Cheats Credit Score
thecreditsolutionprogram....
1 simple trick & my credit score jumped 217 pts. Banks hate this!

Best Wrinkle Creams 2015
iskincarereviews.com
Full reviews of anti-aging creams. The truth on what really works!

"She came through," Crowley said of her daughter. "You've got to go for it. I was very confident she could handle it. She did a really good job. I was sure she would."

Hake, 28, has been an assistant state's attorney in Cook County for a little more than a year, and normally handles civil cases as a prosecutor with the Juvenile Protection Division. She said that when the chance to prosecute a case with her mother came up, she jumped at it.

"I'm glad the office gave me that underline{opportunity} ," Hake said. "Everybody was rooting for us to do a trial together. It finally came to fruition and it was great."

Crowley said she first started thinking about becoming an attorney when she was a young girl and found a box full of newspaper clippings in the attic [] of her parents' Winnetka home [] detailing some of the cases her father, Wilbert F. Crowley, had worked on as a Cook County Assistant States Attorney before becoming a judge.

"It was fascinating," she said. "A big influence is that both my father and husband were prosecutors."

Crowley, 58, has prosecuted killers, drug dealers and a slew of other criminals over the years, but she admitted to being a little nervous and excited as she and her daughter prepared to prosecute the shoplifter.

"It was real unusual," Crowley said. "I've prosecuted with young prosecutors before. It was fun for me because I could see how good she was."

Crowley's colleagues said the guidance she gave her daughter prior to the March 6 trial was nothing new for the highly respected criminal law attorney who has always acted as a mentor of sorts to fledgling prosecutors.

"We've been fortunate in Skokie to have her as the most glowing example of what a prosecutor could be," said Robert Heilingoetter, assistant state's attorney supervisor in the second municipal district.

"She's kind of seen it all," he said. "She has a true passion for what it means to be a prosecutor ... which is just a tremendous example for all the other assistants who are here for their first stint. Her willingness to share her experience with younger assistants has always been evident."

"She is only ever about doing the right thing," added Assistant State's Atty. Diane Sheridan. "She has the type of experience that you can only get from being in a courtroom. She is in the courtroom every day and is always looking for ways to improve her craft and to mentor to the younger assistants, because her passion is undying."

## Arrest Records: 2 Secrets

instantcheckmate.com

Enter Name and State, then Access Full Background Checks Instantly!

Heilingoetter also said he was impressed with the way Hake handled her first ever jury trial.

"She remained very calm and cool in that was her first jury ever," he said. "She really carried herself like someone far beyond her years of experience. It was kind of like a chip off the old block, the two of them working together. You felt like you were seeing a special moment."

Crowley joked that in a sense having her children in court is nothing new.

When I had a jury deliberating, I'd race home and get them because the babysitter had to leave,'" she said. "They waited out juries with me. My kids used to play cards with the judge while we were all waiting for a jury to return a verdict."

"My kids have seen me all my life prosecuting," she added. "They think Mum has so much fun, and I do."

Over the years Crowley has prosecuted hundreds of criminal cases out of the north and northwest suburbs. Her greatest job satisfaction has always come from prosecuting adult sex offenders who prey on children.

"With a murder victim, I can't make them better," she said. "A guilty verdict in a child sex case goes so far in helping that child heal."

"The kid thinks, 'People believe me. I helped punish the bad guy,'" she said. "I see it as something really empowering for these kids to testify and to hear that guilty verdict against the guy."

She also offered some sage advice to her daughter, and any prosecutor just starting out in their career.

"Listen," Crowley said. "The most important thing you can do ... is to listen to what that witness is saying and how they're saying it. Sometimes they will say things that will lead you to ask a follow-up question or let you know there's something they're hiding."

triblocaltips@tribune.com (mailto:triblocaltips@tribune.com)

## Social Security Sucks

palmbeachgroup.com

Born before 1969? You can get an extra $4,098 monthly with this

**tm_content=thumbnails-f:Below Article Thumbnails - Archives:)**
**tm_content=thumbnails-f:Below Article Thumbnails - Archives:)**
**tm_content=thumbnails-f:Below Article Thumbnails - Archives:)**

**From the Web**

(http://www3.forbes.com/lists/forbes-400-women/?
utm_campaign=forbes-400-
women&utm_source=taboola&utm_medium=referral&utm_content=tribu
chicagotribune)

**Forbes: 20 Billionaire Women**

**Forbes**

(http://www3.forbes.com/lists/forbes-400-women/?
utm_campaign=forbes-400-
women&utm_source=taboola&utm_medium=referral&utm_content=tribu